# SA26CA0081 XR

Dear District Clerk,

I am writing to confirm that I have mailed my Pro Se Civil Rights Complaint, along with the required cover page, summons, and permission to file electronically. I have also included separate exhibits accompanying the complaint, as well as the Appendix page.

Enclosed please find a check in the amount of $405.00 for the filing fee.

If you have any questions or concerns, please do not hesitate to contact me at the information listed below.

James Louis Roden Sr.
1555 Tahoe Court
League City, TX 77573
Email: jrodensr@gmail.com
Phone: (417) 593-1714

Thank you for your time and assistance.

Sincerely,
James Louis Roden Sr.
Pro Se