

# U.S. District Court

## Texas Western - San Antonio

Receipt Date: Jan 8, 2026 10:08AM

James Louis Roden, Sr.

Rcpt. No: 9499     Trans. Date: Jan 8, 2026 10:08AM     Cashier ID: #TT (6587)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CH | Check | #0000492587 | 12/30/2025 | | $405.00 |
| | | | Total Due Prior to Payment: | | $405.00 |
| | | | Total Tendered: | | $405.00 |

**Comments:** Case No. 5:25-cv-1944, Roden v. Reamer, et al

Clerk, US District Court - San Antonio Division - 262 W Nueva, Ste 1-400, San Antonio, TX 78207 (210) 472-6550 - www.txwd.uscourts.gov

**SA26CA0081   XR  MJ-ESC**