







**Retail** U.S. POSTAGE PAID PM
LEAGUE CITY, TX
JAN 02, 2026
78207
$26.35
RDC 03   4 Lb 5.40 Oz   S2324Y502284-75

RECEIVED JAN 0 5 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

**UNITED STATES POSTAL SERVICE® | PRIORITY MAIL**
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM:
James Louis Roden Sr.
1555 Tahoe Crt
League City TX 77573

TO:
U.S. District Clerk
262 West Nueva St. Room 1-400
San Antonio, TX 78207

...ted delivery date specified for domestic use.
...stic shipments include $100 of insurance (restrictions apply).*
...Tracking® service included for domestic and many international destinations.
...d international insurance.**
...used internationally, a customs declaration form is required.
...does not cover certain items. For details regarding claims see the Domestic Mail Manual at http://pe.usps.com.
...national Mail Manual at http://pe.usps.com for availability and ...of coverage.

...IUM FLAT RATE BOX
...TE ■ ANY WEIGHT

...dule free Package Pickup,
...scan the QR code.

EXPECTED DELIVERY DAY: 01/05/26
USPS TRACKING® #
9505 8114 4608 6002 5222 86

...CKED ■ INSURED

FRB2 February 2024
ID: 11.875 x 3.375 x 13.625
OD: 12 x 3.5 x 14.125
ODCUFT: 0.343

Label 228, December 2023   FOR DOMESTIC AND INTERNATIONAL USE

SA26CA0081   XR   MJ-ESC

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE