**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
262 W. Nueva, Suite 1 - 400
San Antonio, Texas 78207

**PHILIP J. DEVLIN**
**CLERK OF COURT**

**ANNETTE FRENCH**
**CHIEF DEPUTY**

January 21, 2026

James Louis Roden, Sr.
1555 Tahoe Court
League City, TX 77573

**RE: Case # 5:26-CV-00081-XR**

Dear Mr. Roden, Sr.:

    Your Complaint was filed in our office on 1/05/26 and assigned the above case number. Please reference this case number on all future documents submitted for filing in the above case number. Please be advised you must keep the court informed of your current address throughout the pendency of your case. Failure to do so may result in dismissal of your case for want of prosecution.

                                       Sincerely,

                                       By_TT_____
                                       Deputy Clerk