United States District Court
Western District of Texas
San Antonio Division

**FILED**
FEB 1 1 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

Re: **Roden, Sr. v. Reamer, et al.**
Case No. **5:26-cv-00081-XR**

Dear Clerk of Court,

Please find enclosed the Proof of Service for Defendant Elaine Reamer, reflecting personal service of the Summons and Complaint on February 5, 2026, at 4:05 p.m., at 2617 N. Guadalupe Street, Seguin, Texas.

I respectfully request that the enclosed Proof of Service be filed into the docket for the above-referenced case.

If the Court requires any additional information or corrections, please advise.

Thank you for your time and assistance.

Respectfully submitted,

James Louis Roden Sr.
Plaintiff, Pro Se
1555 Tahoe Court League City TX 77573
jrodensr@gmail.com

Civil Action No.    5:26-cv-00081-XR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   Elaine Reamer
was recieved by me on  1/28/2026:

- [X] I personally served the summons on the individual at **2617 N Guadalupe St, Seguin, TX 78155** on **02/05/2026** at **4:05 PM**; or

- [ ] I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

- [ ] I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

- [ ] I returned the summons unexecuted because ; or

- [ ] Other *(specify)*

My fees are $ 0 for travel and $ 14.70 for services, for a total of $ 14.70.

I declare under penalty of perjury that this information is true.

Date:  02/05/2026

_____
Server's signature

**Prisca Nwogu**
Printed name and title

404 E Bowie St
Lulling, TX 78648

_____
Server's address

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS IN A CIVIL ACTION; COMPLAINT, to Elaine Reamer with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired white female contact 45-55 years of age, 5'4"-5'6" tall and weighing 180-200 lbs.**




Tracking #: 0207197651

**PRIORITY MAIL® FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT
APPLY PRIORITY MAIL POSTAGE HERE

James Louis Koden Sr.
1555 Tahoe Court
League City, TX 77573



U.S. District Clerk's Office
262 West Nueva Street, Room 1-400
San Antonio, TX 78207

CV-1

USPS POSTAGE PAID
PM
LEAGUE CITY, TX 77573
FEB 06, 2026
78207
$11.95
RDC 03  0 Lb 1.20 Oz  S2324Y502284-22

EXPECTED DELIVERY DAY: 02/10/26

USPS TRACKING® #



9505 5114 4608 6037 5407 80

EP14H February 2024 Outer Dimension: 10 x 5

# UNITED STATES POSTAL SERVICE®  |  PRIORITY® MAIL

**PRESS FIRMLY TO SEAL**        **PRESS FIRMLY TO SEAL**

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.

** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP




**RECEIVED**

FEB 11 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

**TRACKED ▪ INSURED**

EP14H February 2024
OD: 10 x 5


PS00001000064

EP14H © U.S. Postal Service; February 2024; All rights reserved.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale.