Name:    James Louis Roden Sr.

Address: 1555 Tahoe Court League City TX 77573

Phone Number: (417) 593-1714

Email Address: jrodensr@gmai..com

*Pro Se*

**FILED**

MAR 0 2 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| James Louis Roden Sr. <br><br> v. <br><br> **PLAINTIFF(S)** <br><br> Elaine Reamer <br> Guadalupe County TX <br><br> **DEFENDANT(S)** | **CASE NUMBER** <br><br> 5:26-cv-00081-XR <br><br> **APPLICATION FOR PERMISSION TO FILE ELECTRONICALLY** |

As the ☒ Plaintiff ☐ Defendant    in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases and the Local Court Rules available on the Court's website at www.txwd.uscourts.gov.

2. I understand that once I register for e-filing, I will receive notices and documents in this instant case only by e-mail and not by U.S. mail.

3. I understand that if my use of the Court's e-filing system is unsatisfactory, my e-filing privileges may be revoked and I will be required to file documents in paper, but will continue to receive documents via e-mail.

4. I understand that I may not e-file on behalf of any other person in this case.

5. I have regular access to the technical requirements necessary to e-file successfully:
   *Check all that apply.*

   ☑ A Computer with internet access.

   ☑ An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.

   ☑ A scanner to convert documents that are only in paper format into electronic files.

   ☑ A printer or copier to create required paper copies such as chambers copies.

   ☑ A word-processing program to create documents; and

   ☑ A PDF reader and a PDF writer to convert word processing documents into PDF format, the only electronic format in which documents can be e-filed.

Date: 02/24/2026                                    Signature: _____

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.    **5:26-cv-00081-XR**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Guadalupe County - Kyle Kutscher**
was recieved by me on  **2/08/2026:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **Kyle Kutscher**, who is designated by law to accept service of process on behalf of **Guadalupe County - Kyle Kutscher** at **101 E Court St, Seguin, TX 78155** on **02/23/2026 at 9:08 AM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 92.35** for services, for a total of **$ 92.35**.

I declare under penalty of perjury that this information is true.

Date:  02/23/2026

_____
*Server's signature*

Osafona Eguakun
_____
*Printed name and title*

**10219 Swan Creek**
**San Antonio, TX 78130**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS IN A CIVIL ACTION; COMPLAINT,  to Kyle Kutscher who identified themselves as the person authorized to accept with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white male contact 45-55 years of age, 6'0"-6'2" tall and weighing 240-300 lbs.**





**PRIORITY MAIL**

FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

APPLY PRIORITY MAIL POSTAGE HERE

Retail

U.S. POSTAGE PAID
PM
LEAGUE CITY, TX 77573
FEB 24, 2026

78207

$11.95

RDC 03    0 Lb 1.20 Oz    S2324D502360-34

James Louis Roden Jr.
1005 Beaumont St.
League City TX 77573

U.S. District Clerk's Office
262 West Nueva
San Antonio TX

(CY-4)

RECEIVED
MAR - 2 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

EXPECTED DELIVERY DAY: 02/26/26

USPS TRACKING® #