AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    **5:26-cv-00081-XR**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Guadalupe County - Kyle Kutscher**
was recieved by me on  **2/08/2026:**

☐    I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐    I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒    I served the summons on **Kyle Kutscher**, who is designated by law to accept service of process on behalf of **Guadalupe County - Kyle Kutscher** at **101 E Court St, Seguin, TX 78155** on **02/23/2026 at 9:08 AM**; or

☐    I returned the summons unexecuted because ; or

☐    Other *(specify)*

My fees are $ 0 for travel and **$ 92.35** for services, for a total of **$ 92.35**.

I declare under penalty of perjury that this information is true.

Date:  02/23/2026

_____
*Server's signature*

**Osafona Eguakun**
*Printed name and title*

**10219 Swan Creek**
**San Antonio, TX 78130**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS IN A CIVIL ACTION; COMPLAINT,  to Kyle Kutscher who identified themselves as the person authorized to accept with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white male contact 45-55 years of age, 6'0"-6'2" tall and weighing 240-300 lbs.**




Tracking #: **0210101072**