IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JAMES LOUIS RODEN SR.,<br>*Plaintiff,* | § § § | |
| v. | § § | Case No. 5:26-cv-00081-XR |
| ELAINE MICHELLE REAMER, and<br>COUNTY OF GUADALUPE, TEXAS<br>*Defendants.* | § § § § | |

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED CIVIL**

**RIGHTS COMPLAINT**

Before the Court is Plaintiff James Louis Roden Sr.'s Motion for Leave to File First Amended Civil Rights Complaint. Plaintiff proceeds pro se and seeks leave to file a narrowed First Amended Civil Rights Complaint in response to Rule 8 concerns raised in Defendants' motion practice. Plaintiff represents that the proposed amended complaint condenses the prior pleading from approximately 146 pages to approximately 35 pages and is intended to clarify the factual and legal bases for his claims.

Having considered the motion, the proposed amended complaint, the record, and the applicable law, the Court finds that leave to amend should be granted under Federal Rule of Civil Procedure 15(a)(2).

IT IS THEREFORE ORDERED that Plaintiff's Motion for Leave to File First Amended Civil Rights Complaint is GRANTED.

IT IS FURTHER ORDERED that the Clerk is directed to file Plaintiff's proposed First Amended Civil Rights Complaint as the operative complaint in this case.

IT IS FURTHER ORDERED that Plaintiff may file the supporting exhibits referenced in the First Amended Civil Rights Complaint in properly redacted form. Plaintiff does not seek sealing of the amended complaint or exhibits, and any publicly filed exhibits shall comply with Federal Rule of Civil Procedure 5.2 and applicable local rules governing redaction of personal identifiers and sensitive information.

IT IS FURTHER ORDERED that Defendants shall respond to the First Amended Civil Rights Complaint within the time permitted by the Federal Rules of Civil Procedure or as otherwise ordered by the Court.

SIGNED this _____ day of _____, 2026.


_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE