**Gmail**

**Paladin R <​███████████████████>**

---

## Updated Facts in the Case of Jamie Renee Walker (Case No. 24-1775-CR-B)

1 message

---

**Paladin R <​████████████████>**                                            Fri, Mar 21, 2025 at 12:27 AM
To: Jessica Johnson <jessica.johnso​████████>, ileen.range████████ Kelly Pittl
<kell​██████████>, dwillborn████████████████
Bcc: Kimberly Kennedy ████████████████████

### March 21ˢᵗ, 2025

### Dear Jessica Johnson, Ileen Rangel, Kelly Pittl,

I am writing to provide additional information regarding the case involving my sister, Jamie Renee Walker, and my niece, Shelby ████████. I would like to bring to your attention several important details that have not yet been fully investigated, and I sincerely hope this letter helps shed light on critical facts that must be considered. While I am not a lawyer, I am a concerned family member with a duty to ensure that all facts are known and that all parties with knowledge of the case are able to share what they know to help bring light to the truth.

### Cody Koelle's Recent Charges:

Cody Koelle, a key witness called by the State, has recently been charged with several serious offenses in **Pawnee County, Kansas**. The charges are as follows:

- **False Impersonation of a Police Officer**

- **Criminal Restraint**

- **Unauthorized Use of Red and Blue Lights**

- **Interference with Law Enforcement**

- **Conceal, Alter, or Destroy Evidence**

- **False Report and Information to Obstruct Law Enforcement**

These charges, dated **September 2024**, are crucial when evaluating Cody's credibility as a witness. He is currently enrolled in a **six-month diversionary program**. However, given his criminal background, including charges involving obstruction and dishonesty, his testimony must be treated with extreme caution. Additionally, **Andrea Martin (Koelle)**, his wife, is a **close family friend** of **Michael Allen Walker**, and has strong personal incentives that could influence Cody's actions. She is also accused of impersonating Shelby and tampering with her mail, which raises concerns about the authenticity of the testimony Cody may present or even Andrea if she is considered a witness in this case. The **Pawnee County Sheriff's Department** can be contacted at **(620) 285-2211** for more information on the charges including a police report and Cody may need permission to leave the state as a condition of his plea deal.

### Shelby's Missing Phone and Chain of Custody:

One critical piece of evidence that requires immediate attention is **Shelby's missing phone**. Shelby's phone has been **missing for months**, and the **chain of custody** is questionable. There is a real concern that this phone, which may hold crucial evidence, could have been used to **manipulate law enforcement** in a way that benefits Michael Allen Walker and obstructs the truth. I

Case 5:26-cv-00081-XR    Document 12-4    Filed 05/05/26    Page 2 of 17

strongly urge that the investigation into the missing phone and its possible manipulation be prioritized.

**Shelby's Testimony and Travel Needs:**

Shelby would like to testify and bring the truth to the court, but as a person with **Intellectual and Developmental Disabilities (IDD)** who cannot read or write, she will need assistance with basic travel logistics. **Kimberly Kennedy**, Shelby's aunt, is willing to chaperone Shelby and her baby from **Bloom, Kansas, to Seguin, Texas**, but unfortunately, **Kimberly cannot afford Shelby's flight or accommodations**. Additionally, **Shelby does not have a birth certificate for her daughter,** ▮▮▮▮▮▮▮▮▮▮ who was born in **Texas**. Without this crucial documentation, Shelby will not be able to board the plane with ▮▮▮. Therefore, I ask for your help in assisting Shelby in obtaining ▮▮▮'s **birth certificate** so that Shelby can travel for the **April 7th hearing**. It is essential that we make arrangements for this documentation to be processed promptly.

If the DA is willing to pay for the flight and hotel for Cody Koelle a man recently **arrested on charges of tampering with evidence, false reports, obstruction of justice, and fraud**, to only give **testimony of secondhand information** provided by **Michael Allen Walker's family**, then you should be able to give flight and accommodations to the **actual victim in this crime**, whose name is being used in the **motion to increase bond**, in order for her to give **first-hand testimony of the facts**.

**Family's Efforts and the Handling of the Case:**

I am deeply concerned that **no one from my family has been interviewed** despite being the ones who **reported the crime** and have been actively trying to **help find the truth**. We are a family of professionals:

- I have been an **educator for over 20 years**, with five **master's degrees**, and have published over **15 books**, including on topics such as investigative research and data analysis. Look up James Louis Roden Jr on Amazon or Barnes and Noble.

- My sister, **Kim**, is a **Minister and Missionary** who has dedicated her life to helping others, particularly the poor.

- My mother has been an educator for **30+ years**, and my father served in the **Army** for over **30 years**.

None of us have criminal records nor arrest records, yet we are **not being consulted**, while those involved in the case, such as Cody, have documented **criminal histories** and a **reputation for dishonesty.** Along with numerous other associates of Michael Allen Walker who may be inclined to assist him in evading these charges like he has evaded accountability for his extensive criminal history.

**Questions of Justice:**

The most alarming aspect of this case is that **Michael Allen Walker**, a man with a **lengthy criminal history**, including **documented domestic abuse against my sister**, **DNA evidence** of impregnating Shelby, and a **protective order** in place since **April 2022** preventing him from coming near either Jamie or Shelby, is still being **treated with leniency**. Despite being on **probation** at the time of the crimes, Michael was allowed to continue his **abusive behavior** unchecked. How is it that **violating probation**, **drug use**, **sexual assault**, and **holding women captive** were considered **"satisfactory conduct"** under his probation? The Probation office stated to the court that he finished his probation "satisfactorily" while at the same time being charged with six felony one counts that he committed while probation, it defies logic. If someone had just **checked on Michael** as part of his probation, none of this would have happened, and Shelby would not have been **raped for months**.

It brings me to tears to think that **Shelby** and **Jamie** were not given the **protection they needed** when I first reported the **violations of the protective order**. The fact that it took so long for authorities to intervene allowed this horrific crime to continue. **Shelby was a victim of rape** for months and Jamie physically and emotionally abused and held captive for months because the system failed them.

**A Plea for Justice:**

I urge you to carefully consider the facts of this case and focus on **who benefits** from the actions at hand. Does **Michael Allen Walker** benefit from a system that allowed him to **exploit Shelby** for his own personal pleasure? Or does **my sister**, who has suffered **documented abuse**, including **knife attacks** and **choking**, deserve the opportunity for justice? You believe my sister, who suffers from an intellectual disability, wanted this? Ask yourself **Cui bono** and it will be obvious who is the predator and who is the victim.

I **pray** that you will take the time to **find the truth** and not be swayed by **lies and manipulations** from those who are protecting a man with a **history of violence** and **abuse**. **Shelby deserves to be heard**, and I am asking for your help to make sure she gets the **justice she deserves**. I sincerely hope you take this case seriously and understand that we are fighting not only for the truth but for the protection of innocent lives.

Thank you for your time and attention. I look forward to hearing from you.

Sincerely,
James Louis Roden Jr.

**P.S.** As of **March 21st, 2025**, **Jamie Renee Walker** has not been informed of the evidence being used against her in the **indictment** or the **motion to increase bond**, which constitutes a violation of her **Constitutional rights**. I ask that you take steps to help let the court know so that fairness in the judicial process can be upheld.

ELECTRONICALLY FILED
2024 Oct 24 AM 9:22
CLERK OF THE PAWNEE COUNTY DISTRICT COURT
CASE NUMBER:  PN-2024-CR-000121
PII COMPLIANT

## IN THE DISTRICT COURT
## OF PAWNEE COUNTY, KANSAS

| | |
|---|---|
| **STATE OF KANSAS**<br>**Plaintiff** | ) |
| | ) |
| | ) |
| VS. | ) **CASE NO.  PN-2024-CR-** |
| | ) |
| **CODY LANE KOELLE** | ) |
| **Defendant** | ) |

## COMPLAINT

**COMES NOW**, Douglas W. McNett, a duly appointed, qualified and acting Pawnee County Attorney of Pawnee County, Kansas, and for and on behalf of said State gives the court to understand and be informed that:

**COUNT 1**

**INTERFERENCE WITH LAW ENFORCEMENT, FALSE REPORT (Misdemeanor)**
**K.S.A. 21-5904(a)(1)(C)**
**Class A Nonperson Misdemeanor**

On or about the 27th of September, 2024, in the State of Kansas and County of Pawnee, CODY LANE KOELLE, did, then and there, unlawfully and knowingly, provide any information to a law enforcement officer, law enforcement agency or state investigative agency, to-wit: DEPUTY NICHOLAS DELANEY, during a misdemeanor investigation, to wit: FALSE IMPERSONATION , by informing the law enforcement officer or a state investigative agency, to-wit: BY INFORMING THE OFFICER HIS FRIEND WAS AUTHORIZED TO USE THE LIGHTS, knowing that such information was false and intending to influence, impeded or obstruct such officer's or agency's duty, contrary to the form of the statutes in such case made and provided and against the peace and dignity of the State of Kansas.

**COUNT 2**

**FALSE IMPERSONATION**
**K.S.A. 21-5917(a)**
**Class B Nonperson Misdemeanor**

On or about the 27th of September, 2024, in the State of Kansas and County of Pawnee, CODY LANE KOELLE, did, then and there, unlawfully and knowingly represent oneself to be a public officer, public employee or a person licensed to practice or engage in any profession or vocation for which a license is required by the laws of the state of Kansas, with

knowledge that such representation is false, to wit: **EMERGENCY PERSONNEL**, contrary to the form of the statutes in such case made and provided and against the peace and dignity of the State of Kansas.

**COUNT 3**

**UNAUTHORIZED USE OF RESTRICTED LIGHTS AND SIGNALS**
**K.S.A. 8-1729**
**Infraction**

On or about the 27th of September, 2024, in the State of Kansas and County of Pawnee, **CODY LANE KOELLE**, did, then and there, unlawfully operate a motor vehicle on a roadway or highway with flashing lights described in **K.S.A. 8-1720, 8-1730 and 8-1730a**, and amendments thereto, where said vehicle was not a school bus, church bus or day care program bus, as defined in **K.S.A. 8-1730a**, and amendments thereto, or an authorized emergency vehicle, contrary to the form of the statutes in such case made and provided and against the peace and dignity of the State of Kansas.

**Witnesses**

The State of Kansas endorses the following witnesses whom the State may call to appear and testify: Nicholas Delaney, Brandon Enabnit, Steven Stewart, Bryce King, Alex Jacobs;

Douglas W. McNett, Pawnee County Attorney for Pawnee County Kansas, within and for said State being first duly sworn states that I have read the above and foregoing Complaint and know the content thereof, and that the same is true in substance and in fact to my best information and belief.

/s/ Douglas W. McNett
Douglas W. McNett, #17240
Pawnee County Attorney
███████ay
███████
████, Kansas ████
███████████ (FAX)

Subscribed and Sworn to by the undersigned above on the 24th day of October , 2024.

_____
Notary

KIMI BOWMAN
NOTARY PUBLIC
STATE OF KANSAS
Commission Expires
STATE OF KANSAS  My App. Exp. 12-15-2024

 **FORD COUNTY SHERIFF'S OFFICE**

Ford County Sheriff

Dodge City, KS

# KOELLE, CODY LANE

**ARREST**

**Age: 28**     **Gender: Male**



### VARIOUS CHARGES

*Presumed innocent until proven guilty in a court of law.*

ARREST FOR FELONY INTERFERENCE WITH LEO AND FELONY CRIMINAL THREAT

Location

**Dodge City, KS**

Arrest Date

**Apr 14, 2025**

Incident Type

**All Other - Criminal**

*Created Apr 14th, 2025*

ELECTRONICALLY FILED
2025 Apr 14 PM 1:25
CLERK OF THE FORD COUNTY DISTRICT COURT
CASE NUMBER: FO-2025-CR-000203
PII COMPLIANT

**IN THE DISTRICT COURT OF FORD COUNTY, KANSAS**
Ford County Courthouse, Central & Spruce, Dodge City, Kansas

**STATE OF KANSAS**
                    Plaintiff,

vs.

**CODY LANE KOELLE,**
                    Defendant.

Case No. **FO 25 CR**
Tracking No.
Agency No. 25DC07351
Court ORI No. KS029015J

## INFORMATION

**COMES NOW,** the undersigned, being first duly sworn on oath, states upon information and belief:

### COUNT ONE

On or about the 14th day of April, 2025, the above named defendant, within Ford County Kansas, did then and there contrary to the statutes of the State of Kansas unlawfully and knowingly falsely report to a law enforcement agency, to wit: Officer Cisco Soto of the Dodge City Police Department that a particular person has committed a crime, knowing that such information is false and intending that the officer or agency shall act in reliance upon such information. **INTERFERENCE WITH LAW ENFORCEMENT ~ FELONY** is a severity level 8 non-person felony in violation of the K.S.A. 21-5904(a)(1)(A).

Section Violated: K.S.A. 21-5904(a)(1)(A)
Penalty Section: K.S.A. 21-5904(b)(2)(A)

### COUNT TWO

On or about the 14th day of April, 2025, the above named defendant, within Ford County Kansas, did then and there contrary to the statutes of the State of Kansas unlawfully communicate a threat to commit violence with the intent to place another in fear, to-wit: Boot Hill Casino and Resort. **CRIMINAL THREAT** is a severity level 9 person felony in violation of K.S.A. 21-5415(a)(1).

Section Violated: K.S.A. 21-5415(a)(1)

Penalty Section: K.S.A. 21-5415(c)(1)

**WITNESSES:**

Cody Lane Koelle

Boot Hill Casino and Resort

Evidence Custodian-DCPD

Property Officer Janice Nightengale P247

KBI - Lab Technician

Officer Cisco Soto

Cpl. Dominic Randall

Detention Officer Brian Ward SO-97

Investigator J.L. Bice SO31

Summons issued for the defendant's appearance on the 14th day of April, 2025 at 04:00 PM.

_____
Kevin B. Salzman, #25174
Ford County Attorney

_____
Kathleen Neff, #13337
Deputy County Attorney

_____
Eliza Kassebaum, #28614
Chief Deputy County Attorney

_____
Erek P. Loosli, #29022
Assistant County Attorney

Subscribed and sworn to before me this 14th day of April, 2025.

_____
Notary Public

JULIE HARMS
NOTARY PUBLIC
STATE OF KANSAS
My Appt. Exp. 10-26-26

REPORTING OFFICER: D. RANDALL 324
CASE: 25DC07351
SUPPLEMENTAL NARRATIVE

On April 14, 2025, at approximately 0319 hours Ford County Communications received a phone call from the Boot Hill Casino and Resort, located at 4000 West Comanche Street, Dodge City, Ford County, Kansas, regarding a bomb threat.

I called the number given to Ford County Communications ██████████ ) and spoke to the head of security. Head of security asked if the Dodge City Police Department would respond to speak with the Kansas Racing and Gaming Commission directors.

I arrived and spoke with KRGC Agent Brian Ward and Head of Security J.L. Bice. Bice told I they received a call at approximately 0200 hours about a potential bomb threat. The call receiver was the dispatcher who then notified Agent Ward. The caller told the dispatcher, "We are in the bathroom with a bomb" before hanging up the phone. Bice told me they were speaking to the dispatcher who received the phone call, and the dispatcher kept talking about an incident from yesterday (04/13/2025). The dispatcher tells Bice he received the same call yesterday with the same bomb threat. They both told me they believed it was odd for them to get 2 calls in the last 2 days and the same person took both of those calls. Agent Ward and Bice said the security workers rotate on an hour schedule.

Agent Ward handed me a sticky note the dispatcher wrote on regarding the phone call. The note has the phone number ██████████ on it and the words "on a burner phone" circled and the words, "prank call about a bomb in a bathroom" wrote on it. Agent Ward said he googled the phone number, and it comes back to a landline phone in Atlanta, Georgia. I asked Agent Ward how long the person who reported this had been working there. He said the individual was on a temporary work permit while the casino personnel did his full background check.

I asked Agent Ward and Bice if there was any validity to the bomb threats. They believed the threat to the casino wasn't serious, but the phone calls were. Agent Ward said a general sweep of every bathroom was done with nothing out of the ordinary sticking out. Agent Ward said nobody knew about the incident from 04/13/2025 until the incident report on 04/14/2025.

Agent Ward said they had their IT department going through call logs and camera footage of the incidents reported as we spoke. I asked for the name of the individual who received the bomb threat phone calls. Agent Ward identified the individual as Cody Koelle. I asked if Cody was still at work and Bice left to find out where Cody went.

I asked Agent Ward if there was a room we could use to speak with Cody and get his side of what occurred. Agent Ward walked I, Cody, and I to a recorded interview room where Cody was interviewed.

I asked Cody what happened. Cody said yesterday (04/13/2025) at approximately 0130 hours he received a call about a bomb in the bathroom. He said the caller told him was, "there is a bomb in the casino bathroom". Cody asked what bathroom, and he repeated the same statement before

hanging up. Cody added there were several people laughing in the background during the phone call. Cody went on by explaining the phone call from today's incident. Cody said the exact same thing occurred before he contacted his supervisor. I asked him why he didn't report the first bomb threat, and he said yesterday they were so busy, and he had a lot on his plate when he received the call and then he just froze. I asked him to clarify him freezing up. He said he forgot about it. Cody said he's been employed at the casino for approximately 2 months. I asked Cody if he recognized the phone number of the calls that came from. Cody said no but could remember the area code being "404". He said the number he wrote on the sticky note was the number that he called. He went on to tell me he recognized the area code to be numbers from a "burner phone". He said he was able to recognize it because he has received phone calls from the 404-area code.

I asked Cody how many people were speaking on the phone during the call. He said only one and it was a male voice both times. Cody again mentioned there were several people laughing in the background during the call.

I asked Cody if he could remember around the time he received the phone calls. He said he received the phone calls at exactly 0130 hours both nights.

Corporal Soto asked Cody if there were multiple people inside dispatch during his station. He said no and he was the only person inside when the calls were made. Corporal Soto asked if he received the call from the work phone. Cody said yes, the call came straight through to the dispatch phone. Corporal Soto asked if he was able to remember the number that he called yesterday. Cody said it was a completely different number and only remembered the digits "62" in it. Corporal Soto and I exited the room and met with Agent Ward.

Agent Ward told Corporal Soto and I the camera footage and call logs were being reviewed, and no phone calls were received from the phone numbers he gave at the times he gave. Agent Ward walked me to the room where several individuals were reviewing footage from the cameras. They told me Cody wasn't in dispatch during the times he said he received the phone calls.

The individual running the system shows Cody messing with the work phone from approximately 0128 hours until approximately 0130 hours. Cody then is shown getting onto the work computer and googling "burner phone numbers". The camera shows Cody click on the "images" tab and a picture appears. In the picture, I can see the phone number "███████████" which is the same number he said called in the bomb threats.

This information was relayed to Corporal Soto. We both entered the room and confronted Cody with our findings. Cody continued to tell us he received the phone call and continued to repeatedly tell Corporal Soto and I the same thing.

END OF NARRATIVE
DRR 324
04/18/2025
CASE: 25DC07351

**KANSAS STANDARD ARREST REPORT**

☒ INITIAL  ☐ MODIFY  ☐ ADD  ☐ DELETE

PAGE **1** OF **2**

☒ ADULT  ☐ JUVENILE  ☐ DOM VIOLENCE  ☐ RUNAWAY

## ARREST

| NAME OF AGENCY | KS AGENCY ORI NUMBER | CASE NUMBER | DATE OF ARREST | TIME (HH:MM) |
|---|---|---|---|---|
| Dodge City Police Department | KS0290100 | 25DC07351 | 04/14/2025 | 05:27 |

| ARREST TRANSACTION NUMBER | KBI NUMBER | OTHER IDENTIFYING NUMBERS | CAMPUS CODE |
|---|---|---|---|
| 302932500627 | | 43768 | |

TYPE OF ARREST: ☒ ON - VIEW  ☐ TAKEN INTO CUSTODY  ☐ SUMMONED/CITED - NOT TAKEN INTO CUSTODY  ☐ RUNAWAY

DISPOSITION OF JUVENILE ARREST OR RUNAWAY: ☐ HANDLED IN DEPARTMENT  ☐ REFERRED TO OTHER AUTHORITIES

ARREST/CONTACT LOCATION: ███ Dodge City KS ███

WARRANT # _____  DATE _____

## ARRESTEE # 1

| ARRESTEE'S/RUNAWAY NAME | LAST | FIRST | MIDDLE |
|---|---|---|---|
| | Koelle | Cody | Lane |

ALIASES - MONIKERS

| ADDRESS STREET | CITY | STATE | ZIP | TELEPHONE NUMBER (HOME) |
|---|---|---|---|---|
| ███ | Dodge City | KS | ███ | ███ |

| HEIGHT | WEIGHT | HAIR | EYES | RACE | SEX | ETHNICITY | RES / N- RES | AGE | D.O.B. (MMDDCCYY) | PLACE OF BIRTH (STATE / COUNTRY) |
|---|---|---|---|---|---|---|---|---|---|---|
| 601 | 180 | BRO | BRO | W | M | N | R | 28 | | TX  US |

| HAIR LENGTH | HAIR STYLE | FACIAL HAIR | GLASSES | TEETH | EYE APPEARANCE | COMPLEXION | BUILD | R - L HANDED | SPEECH |
|---|---|---|---|---|---|---|---|---|---|
| S | S | G | | D | | L | T | R | A |

| SCARS - MARKS | TATTOOS | ARRESTEE WORE | APPEARANCE |
|---|---|---|---|
| | | Casino Uniform | Okay |

| DRIVERS LICENSE NUMBER | D L STATE | SOCIAL SECURITY NUMBER | EMPLOYER / SCHOOL |
|---|---|---|---|
| | KS | | Unemployed |

| TELEPHONE NUMBER (WORK/SCHOOL) | ADDRESS: STREET | CITY | STATE ZIP |
|---|---|---|---|
| | | | |

| ARRESTEE INJURIES | MIRANDA:DATE | TIME (HH:MM) | BY | ARREST APPROVED BY: |
|---|---|---|---|---|
| None | 04/14/2025 | 04:55 | C. Soto #343 | C. Soto #343 |

ARRESTEE ARMED WITH ( MAXIMUM OF 2 )  ☒ UNARMED
☐ HANDGUN  ☐ AUTO  ☐ SHOTGUN  ☐ AUTO
☐ RIFLE  ☐ AUTO  ☐ LETHAL CUTTING INSTRUMENT
☐ OTHER  ☐ AUTO  ☐ CLUB/BLACKJACK/ KNUCKS

ARRESTEE BEHAVIOR (ALL APPLICABLE):
☐ DRUNK  ☐ RESISTED  ☐ BIZARRE BEHAVIOR  ☐ OTHER
☐ DRINKING  ☐ PROFANE  ☐ SUICIDAL REMARKS
☐ INJURED  ☐ LOUD  ☐ COOPERATIVE

## ADDITIONAL INCIDENTS / CHARGES

| CASE NUMBER | DATE OF INCIDENT | STATE STATUTE VIOLATION |
|---|---|---|
| 25DC07351 | 04/14/2025 | 21-5415(a)(1) |

OFFENSE WAS: ☐ ATTEMPTED  ☒ COMPLETED  ☐ AID / ABET  ☐ CONSPIRACY  ☐ SOLICITATION
CLEARANCE INDICATOR: ☒ COUNT  ☐ MULTIPLE  ☐ OUTSIDE AGENCY

DESCRIPTION
Criminal threat; Cause terror, evacuation or disruption

TYPE OF THEFT:
M. ☐ COIN MACHINE  B. ☐ FROM BUILDING  A. ☐ M V PARTS & ACC.
L. ☐ SHOPLIFTING  P. ☐ POCKET- PICKING  S. ☐ PURSE SNATCHING  E. ☐ EMBEZZLEMENT  T. ☐ POSS. STOLEN PROP.
V. ☐ MOTOR VEHICLE  F. ☐ THEFT FROM M V  O. ☐ ALL OTHER  N. ☐ NOT APPLICABLE

LOCAL CODE
Filed w/ CA

ADDITIONAL CHARGES
Felony Interference with Law Enforcement

| CASE NUMBER | DATE OF INCIDENT | STATE STATUTE VIOLATION |
|---|---|---|
| | | |

OFFENSE WAS: ☐ ATTEMPTED  ☐ COMPLETED  ☐ AID / ABET  ☐ CONSPIRACY  ☐ SOLICITATION
CLEARANCE INDICATOR: ☐ COUNT  ☐ MULTIPLE  ☐ OUTSIDE AGENCY

DESCRIPTION

TYPE OF THEFT:
M. ☐ COIN MACHINE  B. ☐ FROM BUILDING  A. ☐ M V PARTS & ACC.
L. ☐ SHOPLIFTING  P. ☐ POCKET-PICKING  S. ☐ PURSE SNATCHING  E. ☐ EMBEZZLEMENT  T. ☐ POSS. STOLEN PROP.
V. ☐ MOTOR VEHICLE  F. ☐ THEFT FROM M V  O. ☐ ALL OTHER  N. ☐ NOT APPLICABLE

LOCAL CODE

ADDITIONAL CHARGES

| CASE NUMBER | DATE OF INCIDENT | STATE STATUTE VIOLATION |
|---|---|---|
| | | |

OFFENSE WAS: ☐ ATTEMPTED  ☐ COMPLETED  ☐ AID / ABET  ☐ CONSPIRACY  ☐ SOLICITATION
CLEARANCE INDICATOR: ☐ COUNT  ☐ MULTIPLE  ☐ OUTSIDE AGENCY

DESCRIPTION

TYPE OF THEFT:
M. ☐ COIN MACHINE  B. ☐ FROM BUILDING  A. ☐ M V PARTS ACC.
L. ☐ SHOPLIFTING  P. ☐ POCKET-PICKING  S. ☐ PURSE SNATCHING  E. ☐ EMBEZZLEMENT  T. ☐ POSS. STOLEN PROP.
V. ☐ MOTOR VEHICLE  F. ☐ THEFT FROM M V  O. ☐ ALL OTHER  N. ☐ NOT APPLICABLE

LOCAL CODE

ADDITIONAL CHARGES

## VEHICLE

| VEHICLE YEAR | MAKE | MODEL | STYLE | COLOR | VIN NUMBER | LICENSE # | STATE YEAR |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| TOWED BY | DRIVER | LOCATION OF KEYS | LOCATION OF VEHICLE | CONDITION |
|---|---|---|---|---|
| | | | | |

| OWNER Last | First | Middle | ADDRESS: STREET | CITY | STATE ZIP |
|---|---|---|---|---|---|
| | | | | | |

| RELEASED TO: | ADDRESS: STREET | CITY | STATE ZIP | DATE | TIME |
|---|---|---|---|---|---|
| | | | | | |

| OFFICER | RADIO # | DATE | COPIES TO: | SUPERVISING OFFICER | RADIO # |
|---|---|---|---|---|---|
| Cpl. Soto | 343 | | | Sgt. Randall | 324 |

| P A R E N T / G U A R D I A N | LAST NAME | FIRST NAME | MIDDLE | ADDRESS: STREET | CITY | STATE ZIP |
|---|---|---|---|---|---|---|

EMPLOYER / SCHOOL     ADDRESS: STREET     CITY     STATE ZIP

TELEPHONE NUMBER (HOME )     TELEPHONE NUMBER (WORK )     TELEPHONE NUMBER (OTHER )

LAST NAME     FIRST NAME     MIDDLE     ADDRESS: STREET     CITY     STATE ZIP

EMPLOYER / SCHOOL     ADDRESS: STREET     CITY     STATE ZIP

TELEPHONE NUMBER (HOME )     TELEPHONE NUMBER (WORK )     TELEPHONE NUMBER (OTHER )

**NARRATIVE/AFFIDAVIT**

State of Kansas     County, ss:

I, _____ of lawful age, after first being duly sworn on oath, on information and belief states:

I VERIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed _____ Day Of _____ , _____

X _____

**OTHER**

EVIDENCE:
- [ ] LATENT PRINTS
- [ ] OTHER PRINTS
- [ ] HAIR
- [ ] STAINS
- [ ] BLOOD
- [ ] SEMEN
- [ ] WEAPONS - TOOLS
- [x] DOCUMENTS
- [x] PHOTOS
- [ ] DRUGS
- [ ] ALCOHOL
- [ ] SEXUAL ASSAULT KIT
- [ ] DNA
- [ ] NONE
- [x] OTHER (LIST) Camera Footage

SUPPORTING DOCUMENTS:
- [ ] COMMITMENT ORDER
- [ ] COPY OF BOND
- [ ] MEDICAL RELEASE
- [ ] JUDGE'S NOTES
- [ ] BODY RECEIPT
- [ ] CUSTODY SLIP
- [ ] SIX-HOUR HOLD
- [ ] NTAS
- [ ] INCIDENT REPORT
- [ ] EVIDENCE STORED
- [ ] PRINTS-PHOTO TAKEN
- [ ] NONE
- [x] OTHER (LIST) BWC

**RELEASE**

TYPE OF RELEASE:
- [ ] PAROLE
- [ ] BOND
- [ ] COURT ORDER
- [ ] NOTICE TO APPEAR
- [ ] NO CHARGE FILED
- [x] OTHER     FoCo Jail

RELEASING OFFICIAL / AUTHORITY
C. Soto #343

BAIL BOND AGENT     BOND AMOUNT POSTED

| DATE OF RELEASE | TIME (HH:MM) | AUTHORITY |
|---|---|---|
| 04/14/2025 | 05:49 | C. Soto #343 |

COMMENTS:

# KANSAS STANDARD OFFENSE REPORT
## FRONT PAGE OPEN PUBLIC RECORD

PAGE 1 OF 2

| ☒ INITIAL | ☐ DELETE | | |
|---|---|---|---|
| ☐ MODIFY | ☐ ADD | | |

| ☐ ON VIEW | ☒ DISPATCHED | NAME OF AGENCY | KS AGENCY ORI NUMBER | CASE NUMBER |
|---|---|---|---|---|
| ☐ CITIZEN | | Dodge City Police Department | KS0290100 | 25DC07351 |

**INCIDENT**

| DATE OFFENSE STARTED (MMDDCCYY) | TIME (HHMM) | DATE OFFENSE ENDED (MMDDCCYY) | TIME (HHMM) | DATE OF REPORT (MMDDCCYY) |
|---|---|---|---|---|
| 04/13/2025 | 01:30 | 04/14/2025 | 03:20 | 04/14/2025 |

| EXCEPTIONAL CLEARANCE DATE (MMDDCCYY) | EXCEPTIONAL CLEARANCE | A. ☐ DEATH OF OFFENDER | B. ☐ PROSECUTION DENIED | C. ☐ EXTRADITION DENIED |
|---|---|---|---|---|
| | | D. ☐ VICTIM REFUSES TO TESTIFY | E. ☐ JUVENILE - NO CUSTODY | N. ☒ NOT APPLICABLE |

| LOCATION OF OFFENSE | REPORT AREA | TIME REPORTED | TIME ARRIVED | TIME CLEARED |
|---|---|---|---|---|
| ▓▓▓▓▓ Dodge City KS ▓▓▓ | | 03:20 | 03:40 | 05:50 |

**OFFENSE # 1**

| CHAPTER | SECTION | SUB 1 | SUB 2 | | |
|---|---|---|---|---|---|
| 21-5415(a)(1) | | | | ☐ ATTEMPTED ☒ COMPLETED | ☐ AID / ABET ☐ CONSPIRACY ☐ SOLICITATION |

DESCRIPTION
Criminal threat; Cause terror, evacuation or disruption

| PREMISE | # OF PREM. | HATE/BIAS | CAMPUS CODE | METHOD OF ENTRY |
|---|---|---|---|---|
| 44 | | 88 | | F. ☐ FORCE  N. ☒ NO FORCE |

TYPE OF THEFT
M. ☐ COIN MACHINE  E. ☐ EMBEZZLEMENT
B. ☐ FROM BUILDING  T. ☐ POSS. STOLEN PROP.
A. ☐ M V PARTS & ACC.  V. ☐ MOTOR VEHICLE
L. ☐ SHOPLIFTING  F. ☐ THEFT FROM M V
P. ☐ POCKET-PICKING  O. ☐ ALL OTHER
S. ☐ PURSE SNATCHING  N. ☒ NOT APPLICABLE

OFFENDER SUSPECTED OF USING (SELECT UP TO 3)
A. ☐ ALCOHOL  D. ☐ DRUG / NARCOTICS
C. ☐ COMPUTER EQUIP.  N. ☒ NOT APPLICABLE

TYPE OF CRIMINAL ACTIVITY (SELECT UP TO 3)
B. ☐ BUYING / RECEIVING  T. ☐ TRANS/TRANSMIT IMPORT
C. ☐ CULT / MANU / PUBL  U. ☐ USING/CONSUMING
D. ☐ DIST / SELLING  J. ☐ JUVENILE GANG
E. ☐ EXPLOIT. CHILDREN  G. ☐ OTHER GANG
O. ☐ OPER/PROMOTE ASSIST  N. ☒ NO GANG INVOLVEMENT
P. ☐ POSSESS / CONCEAL.

LOCAL CODE

TYPE OF FORCE / WEAPON
11. ☐ FIREARM  ☐ AUTO
12. ☐ HANDGUN  ☐ AUTO
13. ☐ RIFLE  ☐ AUTO
14. ☐ SHOTGUN  ☐ AUTO
15. ☐ OTHER FIREARM  ☐ AUTO
20. ☐ KNIFE / CUT INSTR.
30. ☐ BLUNT OBJECT
35. ☐ MOTOR VEHICLE
40. ☐ PERSONAL WEAPON
50. ☐ POISON
60. ☐ EXPLOSIVE
65. ☐ FIRE / INCID / DEVICE
70. ☐ DRUGS / NARC.
85. ☐ ASPHYXIATION
90. ☐ OTHER
95. ☐ UNKNOWN
99. ☒ NONE

**OFFENSE # 2**

| CHAPTER | SECTION | SUB 1 | SUB 2 | | |
|---|---|---|---|---|---|
| 21-5904(a1)(Ab)(1B) | | | | ☐ ATTEMPTED ☒ COMPLETED | ☐ AID / ABET ☐ CONSPIRACY ☐ SOLICITATION |

DESCRIPTION
Interference with LEO; Falsely report a felony crime intending action on info

| PREMISE | # OF PREM. | HATE/BIAS | CAMPUS CODE | METHOD OF ENTRY |
|---|---|---|---|---|
| 44 | | 88 | | F. ☐ FORCE  N. ☒ NO FORCE |

TYPE OF THEFT
M. ☐ COIN MACHINE  E. ☐ EMBEZZLEMENT
B. ☐ FROM BUILDING  T. ☐ POSS. STOLEN PROP.
A. ☐ M V PARTS & ACC.  V. ☐ MOTOR VEHICLE
L. ☐ SHOPLIFTING  F. ☐ THEFT FROM M V
P. ☐ POCKET-PICKING  O. ☐ ALL OTHER
S. ☐ PURSE SNATCHING  N. ☒ NOT APPLICABLE

OFFENDER SUSPECTED OF USING (SELECT UP TO 3)
A. ☐ ALCOHOL  D. ☐ DRUG / NARCOTICS
C. ☐ COMPUTER EQUIP.  N. ☒ NOT APPLICABLE

TYPE OF CRIMINAL ACTIVITY (SELECT UP TO 3)
B. ☐ BUYING / RECEIVING  T. ☐ TRANS/TRANSMIT IMPORT
C. ☐ CULT / MANU / PUBL  U. ☐ USING/CONSUMING
D. ☐ DIST / SELLING  J. ☐ JUVENILE GANG
E. ☐ EXPLOIT. CHILDREN  G. ☐ OTHER GANG
O. ☐ OPER/PROMOTE ASSIST  N. ☐ NO GANG INVOLVEMENT
P. ☐ POSSESS / CONCEAL

LOCAL CODE

TYPE OF FORCE / WEAPON
11. ☐ FIREARM  ☐ AUTO
12. ☐ HANDGUN  ☐ AUTO
13. ☐ RIFLE  ☐ AUTO
14. ☐ SHOTGUN  ☐ AUTO
15. ☐ OTHER FIREARM  ☐ AUTO
20. ☐ KNIFE / CUT INSTR.
30. ☐ BLUNT OBJECT
35. ☐ MOTOR VEHICLE
40. ☐ PERSONAL WEAPON
50. ☐ POISON
60. ☐ EXPLOSIVE
65. ☐ FIRE / INCID / DEVICE
70. ☐ DRUGS / NARC.
85. ☐ ASPHYXIATION
90. ☐ OTHER
95. ☐ UNKNOWN
99. ☐ NONE

**VICTIM # 1**

TYPE OF VICTIM
I. ☒ INDIVIDUAL  S. ☐ SOCIETY / PUBLIC  R. ☐ RELIGIOUS ORGANIZATION  O. ☐ OTHER
B. ☐ BUSINESS  F. ☐ FINANCIAL INSTITUTION  G. ☐ GOVERNMENT  U. ☐ UNKNOWN

VICTIM OF OFFENSE NUMBER
1. ☒  2. ☐  3. ☐  4. ☐  5. ☐  6. ☐  7. ☐  8. ☐  9. ☐  10. ☐

| NAME: LAST | FIRST | MIDDLE |
|---|---|---|
| ▓▓▓ | Sean | |

| ADDRESS: STREET | CITY | STATE | ZIP |
|---|---|---|---|
| ▓▓▓▓▓ | Dodge City | KS | ▓▓▓ |

| TELEPHONE NUMBER (HOME) | RACE | SEX | ETHNICITY | RES. / N- RES. | AGE | DATE OF BIRTH (MMDDCCYY) | HEIGHT | WEIGHT | HAIR | EYES |
|---|---|---|---|---|---|---|---|---|---|---|
| ▓▓▓ | W | M | N | R | 34 | | 603 | 180 | BLN | BRO |

| DRIVERS LICENSE NUMBER | DL STATE | EMPLOYER / SCHOOL |
|---|---|---|
| | | Boothill Casino |

| TELEPHONE NUMBER (WORK/SCHOOL) | ADDRESS: STREET | CITY | STATE | ZIP |
|---|---|---|---|---|
| ▓▓▓ | ▓▓▓ | Dodge City | KS | ▓▓▓ |

| CIRCUM. AGG ASLT/BATTERY (MAX 2) | VICTIMS RELATIONSHIP TO CORRESPONDING SUSPECT NUMBER (INDICATE ALL SUSPECTS) | TYPE OF INJURY ( MAX 5) |
|---|---|---|
| | 1. CW  2.  3.  4.  5.  6.  7.  8.  9.  10. | 1.  2.  3.  4.  5. |

| NAME: LAST | FIRST | MIDDLE | ADDRESS: STREET | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| ☐ RP | | | | | | |

| TELEPHONE NUMBER (HOME) | RACE | SEX | ETHNICITY | RES./N- RES. | AGE | DATE OF BIRTH (MMDDCCYY) | HEIGHT | WEIGHT | HAIR | EYES |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ DC ☐ W | | | | | | | | | | |

| EMPLOYER/SCHOOL | ADDRESS: STREET | CITY | STATE ZIP | TELEPHONE NUMBER (WORK/SCHOOL) |
|---|---|---|---|---|
| ☐ O | | | | |

**PROP. DESC**

| TYPE LOSS | PROPERTY / DRUG CODE | DESCRIPTION / SUSPECTED DRUG TYPE | ESTIMATED QUANTITY | FRACTION | TYPE DRUG MEASURE | VALUE | DATE RECOVERED |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |

| REPORTING OFFICER | BADGE # | DATE | COPIES TO | PROPERTY TOTAL |
|---|---|---|---|---|
| C. Soto #343 | 343 | 04/14/2025 | | |

# CRIMINAL INVESTIGATION RECORD / NOT AN OPEN PUBLIC RECORD

| KS AGENCY ORI NUMBER | CASE NUMBER | DATE OF REPORT (MMDDCCYY) | |
|---|---|---|---|
| KS0290100 | 25DC07351 | 04/14/2025 | PAGE **2** OF **2** |

## METHOD

**INSTRUMENT USED FOR ENTRY:**
1. ☐ KEY
2. ☐ PRY TOOL
3. ☐ SAW / DRILL
4. ☐ HAMMER
5. ☐ BOLT CUTTER
6. ☐ CHOPPING TOOL
7. ☐ VICE GRIPS
8. ☐ PHYSICAL FORCE
9. ☐ THROWN OBJECT
10. ☐ OTHER
11. ☒ NOT APPLICABLE

**POINT OF ENTRY**
9. ☒ NOT APPLICABLE
1. ☐ FRONT   2. ☐ REAR
3. ☐ SIDE   4. ☐ ROOF

**POINT OF EXIT**
9. ☒ NOT APPLICABLE
1. ☐ FRONT   2. ☐ REAR
3. ☐ SIDE   4. ☐ ROOF

**PREMISE NEIGHBORHOOD**
R. ☐ RURAL / FARM / AGRICULTURE
S. ☐ SUBURBAN / RESIDENCE
B. ☒ URBAN / BUSINESS / COMMERCIAL
U. ☐ UNINHABITED

**SAFE ENTERED**
1. ☐ YES
2. ☐ NO
3. ☐ ATTEMPTED
4. ☐ REMOVED
5. ☐ PEELED
6. ☐ EXPLODED
7. ☐ COMBINATION KNOWN
8. ☒ NOT APPLICABLE

**INCIDENT ACTIVITY**
G. ☐ GANG RELATED
C. ☐ DOMESTIC VIOLENCE CHILDREN PRESENT
D. ☐ DOMESTIC VIOLENCE
S. ☐ DRIVE BY SHOOTING
J. ☐ CAR JACKING
N. ☒ NOT APPLICABLE

## SUSPECT #1

| NAME: LAST | FIRST | MIDDLE |
|---|---|---|
| Koelle | Cody | Lane |

| ADDRESS: STREET | CITY | STATE | ZIP |
|---|---|---|---|
| ███████████ | Dodge City | KS | ████ |

| TELEPHONE NUMBER (HOME) | RACE | SEX | ETHNICITY | RES. / N-RES. | AGE | D.O.B. (MMDDCCYY) | HEIGHT | WEIGHT | HAIR | EYES |
|---|---|---|---|---|---|---|---|---|---|---|
| ████████ | W | M | N | R | 28 | | 601 | 180 | BRO | BRO |

| EMPLOYER/SCHOOL | ADDRESS: STREET | CITY | STATE | ZIP | TELEPHONE NUMBER (WORK/SCHOOL) |
|---|---|---|---|---|---|
| Unemployed | | | | | |

MONIKERS/ALIAS

ADDITIONAL SUSPECT DESCRIPTORS

| SUSPECT VEHICLE: | MAKE | YEAR | MODEL | COLOR | VEHICLE STYLE |
|---|---|---|---|---|---|
| | | | | | |

| LICENSE NUMBER | YEAR | STATE | VEHICLE IDENTIFICATION NUMBER | OTHER |
|---|---|---|---|---|
| | | | | |

## SUSPECT #

| NAME: LAST | FIRST | MIDDLE |
|---|---|---|
| | | |

| ADDRESS: STREET | CITY | STATE | ZIP |
|---|---|---|---|
| | | | |

| TELEPHONE NUMBER (HOME) | RACE | SEX | ETHNICITY | RES. / N-RES. | AGE | D.O.B. (MMDDCCYY) | HEIGHT | WEIGHT | HAIR | EYES |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

| EMPLOYER/SCHOOL | ADDRESS: STREET | CITY | STATE | ZIP | TELEPHONE NUMBER (WORK/SCHOOL) |
|---|---|---|---|---|---|
| | | | | | |

MONIKERS/ALIAS

ADDITIONAL SUSPECT DESCRIPTORS

| SUSPECT VEHICLE: | MAKE | YEAR | MODEL | COLOR | VEHICLE STYLE |
|---|---|---|---|---|---|
| | | | | | |

| LICENSE NUMBER | YEAR | STATE | VEHICLE IDENTIFICATION NUMBER | OTHER |
|---|---|---|---|---|
| | | | | |

## EVIDENCE INFORMATION

☐ NONE   ☐ SUBMITTED   ☐ RETAINED BY VICTIM   ☐ RETAINED BY OFFICER   ☒ RETAINED BY INVESTIGATIVE AGENCY   ☐ TRANSFER TO OTHER AGENCY
☐ OTHER

## EVIDENCE OBTAINED

☐ LATENT PRINTS   ☐ WEAPONS / TOOLS   ☐ SEXUAL ASSAULT KIT   ☐ STAINS   ☐ SEMEN   ☐ DRUGS
☐ OTHER PRINTS   ☒ PHOTOS   ☐ HAIR   ☐ BLOOD   ☒ DOCUMENTS   ☐ ALCOHOL
☒ OTHER   Video

| EVIDENCE COLLECTOR | LOCATION STORED |
|---|---|
| C. Soto #343 | DCPD |

**DESCRIBE BRIEFLY HOW OFFENSE WAS COMMITTED**

S1 communicated violence with intent to place others in fear, and to cause the evacuation, lock down, disruption in regular, and ongoing activities of the Booth Hill Casino.

# KANSAS STANDARD OFFENSE SUPPLEMENT REPORT
**FRONT PAGE OPEN PUBLIC RECORD**

PAGE _____ OF _____

| NAME OF AGENCY | KS AGENCY ORI NUMBER | CASE NUMBER |
|---|---|---|
| Dodge City Police Department | KS0290100 | 25DC07351 |

## OFFENSE # ____

| CHAPTER | SECTION | SUB 1 | SUB 2 | ☐ ATTEMPTED  ☐ COMPLETED | ☐ AID / ABET  ☐ CONSPIRACY  ■ SOLICITATION |
|---|---|---|---|---|---|

DESCRIPTION

| PREMISE | # OF PREM. | HATE/BIAS | CAMPUS CODE | METHOD OF ENTRY  F. ☐ FORCE  N. ☐ NO FORCE |
|---|---|---|---|---|

**TYPE OF THEFT**
- M. ☐ COIN MACHINE
- B. ☐ FROM BUILDING
- A. ☐ M V PARTS & ACC.
- L. ☐ SHOPLIFTING
- P. ☐ POCKET-PICKING
- S. ☐ PURSE SNATCHING
- E. ☐ EMBEZZLEMENT
- T. ☐ POSS STOLEN PROP.
- V. ☐ MOTOR VEHICLE
- F. ☐ THEFT FROM M V
- O. ☐ ALL OTHER
- N. ☐ NOT APPLICABLE

**TYPE OF FORCE / WEAPON**
- 11. ☐ FIREARM  ☐ AUTO
- 12. ☐ HANDGUN  ☐ AUTO
- 13. ☐ RIFLE  ☐ AUTO
- 14. ☐ SHOTGUN  ☐ AUTO
- 15. ☐ OTHER FIREARM  ☐ AUTO
- 20. ☐ KNIFE / CUT INSTR.
- 30. ☐ BLUNT OBJECT
- 35. ☐ MOTOR VEHICLE
- 40. ☐ PERSONAL WEAPON
- 50. ☐ POISON
- 60. ☐ EXPLOSIVE
- 65. ☐ FIRE / INCID / DEVICE
- 70. ☐ DRUGS / NARC.
- 85. ☐ ASPHYXIATION
- 90. ☐ OTHER
- 95. ☐ UNKNOWN
- 99. ☐ NONE

**OFFENDER SUSPECTED OF USING (SELECT UP TO 3)**
- A. ☐ ALCOHOL
- C. ☐ COMPUTER EQUIP.
- D. ☐ DRUG / NARCOTICS
- N. ☐ NOT APPLICABLE

**TYPE OF CRIMINAL ACTIVITY (SELECT UP TO 3)**
- B. ☐ BUYING / RECEIVING
- C. ☐ CULT / MANU / PUBL
- D. ☐ DIST / SELLING
- E. ☐ EXPLOIT. CHILDREN
- O. ☐ OPER/PROMOTE/ ASSIST
- P. ☐ POSSESS / CONCEAL.
- T. ☐ TRANS/TRANSMIT/ IMPORT
- U. ☐ USING/CONSUMING
- J. ☐ JUVENILE GANG
- G. ☐ OTHER GANG
- N. ☐ NO GANG INVOLVEMENT

LOCAL CODE

## OFFENSE # ____ (second)

| CHAPTER | SECTION | SUB 1 | SUB 2 | ☐ ATTEMPTED  ☐ COMPLETED | ☐ AID / ABET  ☐ CONSPIRACY  ■ SOLICITATION |
|---|---|---|---|---|---|

DESCRIPTION

| PREMISE | # OF PREM. | HATE/BIAS | CAMPUS CODE | METHOD OF ENTRY  F. ☐ FORCE  N. ☐ NO FORCE |
|---|---|---|---|---|

**TYPE OF THEFT**
- M. ☐ COIN MACHINE
- B. ☐ FROM BUILDING
- A. ☐ M V PARTS & ACC.
- L. ☐ SHOPLIFTING
- P. ☐ POCKET-PICKING
- S. ☐ PURSE SNATCHING
- E. ☐ EMBEZZLEMENT
- T. ☐ POSS STOLEN PROP.
- V. ☐ MOTOR VEHICLE
- F. ☐ THEFT FROM M V
- O. ☐ ALL OTHER
- N. ☐ NOT APPLICABLE

**TYPE OF FORCE / WEAPON**
- 11. ☐ FIREARM  ☐ AUTO
- 12. ☐ HANDGUN  ☐ AUTO
- 13. ☐ RIFLE  ☐ AUTO
- 14. ☐ SHOTGUN  ☐ AUTO
- 15. ☐ OTHER FIREARM  ☐ AUTO
- 20. ☐ KNIFE / CUT INSTR.
- 30. ☐ BLUNT OBJECT
- 35. ☐ MOTOR VEHICLE
- 40. ☐ PERSONAL WEAPON
- 50. ☐ POISON
- 60. ☐ EXPLOSIVE
- 65. ☐ FIRE / INCID / DEVICE
- 70. ☐ DRUGS / NARC.
- 85. ☐ ASPHYXIATION
- 90. ☐ OTHER
- 95. ☐ UNKNOWN
- 99. ☐ NONE

**OFFENDER SUSPECTED OF USING (SELECT UP TO 3)**
- A. ☐ ALCOHOL
- C. ☐ COMPUTER EQUIP.
- D. ☐ DRUG / NARCOTICS
- N. ☐ NOT APPLICABLE

**TYPE OF CRIMINAL ACTIVITY (SELECT UP TO 3)**
- B. ☐ BUYING / RECEIVING
- C. ☐ CULT / MANU / PUBL
- D. ☐ DIST / SELLING
- E. ☐ EXPLOIT. CHILDREN
- O. ☐ OPER/PROMOTE/ ASSIST
- P. ☐ POSSESS / CONCEAL.
- T. ☐ TRANS/TRANSMIT/ IMPORT
- U. ☐ USING/CONSUMING
- J. ☐ JUVENILE GANG
- G. ☐ OTHER GANG
- N. ☐ NO GANG INVOLVEMENT

LOCAL CODE

## VICTIM # 2

**TYPE OF VICTIM**
- I. ☐ INDIVIDUAL
- B. ☐ BUSINESS
- S. ☒ SOCIETY / PUBLIC
- F. ☐ FINANCIAL INSTITUTION
- R. ☐ RELIGIOUS ORGANIZATION
- G. ☐ GOVERNMENT
- O. ☐ OTHER
- U. ☐ UNKNOWN

**VICTIM OF OFFENSE NUMBER**
1. ☐  2. ☒  3. ☐  4. ☐  5. ☐  6. ☐  7. ☐  8. ☐  9. ☐  10. ☐

| NAME: LAST | FIRST | MIDDLE |
|---|---|---|
| State of Kansas | | |

| ADDRESS: STREET | CITY | STATE | ZIP |
|---|---|---|---|
| ███████████ | Dodge City | KS | ████ |

| TELEPHONE NUMBER (HOME ) | RACE | SEX | ETHNICITY | RES. / N- RES. | AGE | D.O.B. (MMDDCCYY) | HEIGHT | WEIGHT | HAIR | EYES |
|---|---|---|---|---|---|---|---|---|---|---|
| ████████ | | | | | | | | | | |

| DRIVERS LICENSE NUMBER | DL STATE | EMPLOYER / SCHOOL |
|---|---|---|

| TELEPHONE NUMBER (WORK/SCHOOL) | ADDRESS: STREET | CITY | STATE | ZIP |
|---|---|---|---|---|

CIRCUM. AGG ASLT/BATTERY (MAX 2)  1 ___ 2 ___

VICTIMS RELATIONSHIP TO CORRESPONDING SUSPECT NUMBER (INDICATE ALL SUSPECTS)  1 2 3 4 5 6 7 8 9 10

TYPE OF INJURY ( MAX 5)  1 2 3 4 5

## VICTIM #

**TYPE OF VICTIM**
- I. ☐ INDIVIDUAL
- B. ☐ BUSINESS
- S. ☐ SOCIETY / PUBLIC
- F. ☐ FINANCIAL INSTITUTION
- R. ☐ RELIGIOUS ORGANIZATION
- G. ☐ GOVERNMENT
- O. ☐ OTHER
- U. ☐ UNKNOWN

**VICTIM OF OFFENSE NUMBER**
1. ☐  2. ☐  3. ☐  4. ☐  5. ☐  6. ☐  7. ☐  8. ☐  9. ☐  10. ☐

| NAME: LAST | FIRST | MIDDLE |
|---|---|---|

| ADDRESS: STREET | CITY | STATE | ZIP |
|---|---|---|---|

| TELEPHONE NUMBER (HOME ) | RACE | SEX | ETHNICITY | RES. / N- RES. | AGE | D.O.B. (MMDDCCYY) | HEIGHT | WEIGHT | HAIR | EYES |
|---|---|---|---|---|---|---|---|---|---|---|

| DRIVERS LICENSE NUMBER | DL STATE | EMPLOYER / SCHOOL |
|---|---|---|

| TELEPHONE NUMBER (WORK/SCHOOL) | ADDRESS: STREET | CITY | STATE | ZIP |
|---|---|---|---|---|

CIRCUM. AGG ASLT/BATTERY (MAX 2)  1 ___ 2 ___

VICTIMS RELATIONSHIP TO CORRESPONDING SUSPECT NUMBER (INDICATE ALL SUSPECTS)  1 2 3 4 5 6 7 8 9 10

TYPE OF INJURY ( MAX 5)  1 2 3 4 5

| ☐ RP  ☐ DC  ☐ W  ☐ O | NAME: LAST | FIRST | MIDDLE | ADDRESS: STREET | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|

| TELEPHONE NUMBER (HOME ) | RACE | SEX | ETHNICITY | RES./N- RES. | AGE | D.O.B. (MMDDCCYY) | HEIGHT | WEIGHT | HAIR | EYES |
|---|---|---|---|---|---|---|---|---|---|---|

| EMPLOYER/SCHOOL | ADDRESS: STREET | CITY | STATE | ZIP | TELEPHONE NUMBER (WORK/SCHOOL) |
|---|---|---|---|---|---|

| REPORTING OFFICER | BADGE # | DATE | COPIES TO |
|---|---|---|---|
| | | 04/14/2025 | |

# MISCELLANEOUS INCIDENT REPORT

Page <u>1</u> of <u>1</u>

**Dodge City Police Dept.**

NCIC Id. KS 0290100

| 1. LOCATION OF INCIDENT | Report Area | 2. DATE/TIME OCCS M T W T F S | 3. DATE/TIME REPORTED | 4. CASE NO. |
|---|---|---|---|---|
| D. DODGE CITY, KS █ | | M D Y T 11/26/2024 2235 HOURS | M D Y T 11/26/2024 | 2424106 |

**5. NATURE OF INCIDENT**
☐ Accidental Injury  ☐ Found Property  ☐ Accidental Death  ☐ Attempted Suicide  ☐ CINC  ☒ Other
☐ Lost Property  ☐ Suicide  ☐ Natural Death  ☐ Protective Custody  ☐ Return Runaway

CODES: **V**=VICTIM  **B**=BUSINESS  **W**=WITNESS  **P**=PARENT  **RP**=REPORTING PARTY  **G**=GUARDIAN  **PK**=PERSON w/ KNOWLEDGE

| 6. NAME: LAST FIRST MIDDLE | 7. CODE | & RESIDENCE ADDRESS-PHONE |
|---|---|---|
| MYERS, SUMMER ANN | RP | █, AK █ |

| 9. RACE | 10 SEX | 11. AGE | 12. DATE OF BIRTH | 13. SSN | 14. HT. | 15. WT. | 16. HAIR | 17. EYES | 18. OCCUPATION | 19. BUSINESS ADDRESS |
|---|---|---|---|---|---|---|---|---|---|---|
| W | F | 18 | █ | █ | 507 | 215 | | BLUE | | |

| 20. CODE | 21. NAME | 22. D.O.B. | 23. ADDRESS | 24. RESIDENT PHONE | 25. BUSINESS PHONE |
|---|---|---|---|---|---|
| S | KOELLE, CODY LANE | █ | █, DODGE CITY, KS █ | █ | |
| PK | KOELLE, ANDREA MICHELLE | █ | █, DODGE CITY, KS █ | █ | |

| PROTECTIVE CUSTODY | 26. KSA | 27. Identifying Marks | 28. Facial Hair | 29. Glasses ☐ yes ☐ No | 30. Clothing Worn |
|---|---|---|---|---|---|

**31. Physical Condition -**

**32. Mental Condition**

| ACCIDENTAL INJURY | 33. Cause | 34. Extent of Injury | 35. Transported to: | 36. Transported by? |
|---|---|---|---|---|

| SUICIDE ATTEMPTED SUICIDE ACCIDENTAL DEATH NATURAL DEATH | 37. Location of Injury ☐ Internal ☐ Head ☐ Face. ☐ Body ☐ Neck ☐ Arm ☐ Hand ☐ Foot ☐ Leg ☐ Abdominal ☐ Mental Anguish | 38. Type of Injury? | 39. Weapon, Instrument, Force Used | 40. Where Treated? | 41. Transported by? |
|---|---|---|---|---|---|

| 42. Attending Physician | 43. Pronouncing Physician - Where | 44. Date / Time Pronounced | 45. Coroner Notified ☐ Yes ☐ No Name: |
|---|---|---|---|

**46. Cause of Death (If Known)**

**47. Narrative**

On 11/26/2024 at approximately 2235 hours, I was dispatched to a public service regarding phone harassment and questions about a restraining order. I called Summer Myers (DOB █) and she informed me, Cody Koelle (DOB █) was contacting her and asking her for money she owes him. Summer began to inform me she used to live with Cody and his wife, Andrea Koelle (DOB █) but moved to Arkansas for her safety. Summer disclosed information of an incident a month prior. Summer informed me she would wake up with her pajamas down to her feet and Cody penetrating her. Summer said she would sleep on an air mattress, in the same room as Cody and Andrea. I asked Summer if Andrea witnessed anything, she said Andrea is a heavy sleeper and would not wake up. I asked how many times did this occur, Summer said it happened about 7 or 8 times. I asked Summer why she waited a month to report it. Summer said Cody was always around her and she never had the space to make a phone call.

I spoke to Cody at 910 Wilroads Garden Rd. Cody said he allowed Summer to stay with him and Andrea. Cody said Summer began to steal and accuse him of rape to interfere with his relationship with Andrea. Cody also said Summer would send him nudes. Cody informed me Summer would text Andrea and tell her she was going to ruin their lives, send Cody to jail and have the kids taken away. Cody said he still had the text messages with Summer. After review the messages, there was text messages between Cody and Summer expressing love for each other. There was also text messages of both of them meeting up to have sexual relations. Other messages showed Summer asking Cody for money and she would send him explicit pictures. Other messages showed Summer telling Cody she would perform oral sex, next time she comes to Kansas, if he sent her money. Pictures of the messages were taken.

I asked Cody if he has ever had intercourse with Summer and he denied. Cody said Summer tried to force him to have sex with her. I asked Cody if he ever touched Summer while she slept, he said no.

| 49. REPORTING OFFICER E. DEL REAL 349 | 50. FIELD SUPERVISOR'S REVIEW ☐ Complete ☐ Concur ☐ Recommended further follow-up | 51. T. BROWN 180 Supervisor's Name |
|---|---|---|