# Exhibit E

## Cody's Affidavit January 31st, 2025 Transcript

## Cody's Protection Order - March 4th 2025

ELECTRONICALLY FILED
2025 Mar 04 PM 1:09
CLERK OF THE FORD COUNTY DISTRICT COURT
CASE NUMBER: FO-2025-DM-000041
PII COMPLIANT

## IN THE DISTRICT COURT OF **FORD COUNTY**, KANSAS

**Cody LANE Koelle**
Plaintiff

vs.                                            Case No. _____

**Jamie Renee Walker**
Defendant

Petition Pursuant to K.S.A. Chapter 60

### PETITION FOR PROTECTION FROM STALKING, SEXUAL ASSAULT, OR HUMAN TRAFFICKING ORDER
(K.S.A. 60-31a01 *et seq*.)

1.    Plaintiff seeks an order for protection from stalking, sexual assault, or human trafficking for:

    **a.** ☒ **myself;**

    **OR**

    **b.** ☐ **a minor child (under age 18)**
        Plaintiff is:
        ☐  the parent of the child
        ☐ an adult who resides with the child
        ☐ the child's court appointed legal custodian
        ☐ the child's court-appointed legal guardian
        ☐ a county or district attorney, filing on behalf of a minor victim of human trafficking
        ☐ the Kansas attorney general, filing on behalf of a minor victim of human trafficking

    The minor child's name and year of birth are:

    Minor Child's Name: _

    Year of Birth: _

2.    Defendant can be served at: (please provide all available addresses)

    HOME:  street  ▮▮▮▮▮  city  **league**

        state **TX** zip code ▮▮▮▮

        phone number ▮▮▮▮▮▮

    times when defendant is usually there **always**

WORK:  street   city

state _zip code

phone number

times when defendant is usually there

OTHER:  street   city

state  zip code

phone number

times when defendant is usually there

3.      If Defendant is a minor, a Minor Defendant Addendum is attached.

4.      List any current or past protection orders, restraining orders, or no-contact orders between Plaintiff and Defendant.

| County, State | Case number | Date filed, if known |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

5.      Select and complete either section A, B, or C. Attach more pages as needed.

☒  A. Describe the incidents of stalking. Include specific facts, dates and locations:

Incident #1:

**This week at 12:32pm when they called and texed me asking me to write a letter lieing saying that she has not been in concact with my sister when she has and having are granddad threaten us by saying if he looses 40,000$ he going to come done cracking hard.**

Incident #2:

**On Febuary 07, 2025 at 1:46 pm my mom texed me to get rid of her old phone and to delete everything and told me not to tell anyone she is talking to my sister and said if i dont she would find a way to get my kids take and she would kill her self if she went back to jail.**

Additional Incident(s), if any:

Have any criminal charges ever been filed based on the incidents described? If yes, give name of county where case was filed and case number, if known.

**OR**

☐ B. Describe the incident of sexual assault. Include specific facts, dates and locations:

Have any criminal charges ever been filed based on the incidents described? If yes, give name of county where case was filed and case number, if known.

**OR**

☐ C.  Describe the incident of human trafficking. Include specific facts, dates, and locations:

Have any criminal charges ever been filed based on the incidents described? If yes, give name of county where case was filed and case number, if known.

6. Plaintiff needs a protection from stalking, sexual assault, or human trafficking order because:

**Do you fear for your safety if you do not receive the protection order? Yes**

7. Plaintiff requests that the court issue an ex parte Temporary Order of Protection and Final Order of Protection restraining defendant from:

☒ abusing, molesting or interfering with the privacy or rights of the protected person.
☒ following, harassing, telephoning, contacting or otherwise communicating with the protected person.
☐ committing or attempting to commit a sexual assault upon the protected person.
☐ following, harassing, telephoning, contacting, recruiting, harboring, transporting, or committing or attempting to commit human trafficking upon the protected person.
☐ entering or coming around the residence or area of the protected person.
☒ other:  **a no contact with anyone in my house and no trespassing**

8. (Check box if you are asking for the transfer of wireless telephone numbers. Leave box blank if you are not asking for the transfer of wireless telephone numbers.)

☐ Plaintiff asks the court to order the transfer of rights to and billing responsibility for the wireless telephone number of ☐ **Plaintiff and/or** ☐ **minor child(ren)** in the care of Plaintiff.

9.    The court should give copies of orders to the appropriate law enforcement agencies; set a date, time and hearing on this matter; and issue summons to Defendant, notifying Defendant of this action and the relief requested.

10.    After a hearing, the court should issue a Final Order of Protection from Stalking, Sexual Assault, or Human Trafficking prohibiting Defendant from committing any acts of stalking, sexual assault, or human trafficking against the protected person; order Defendant to pay court costs and attorney fees if appropriate; and order any other relief necessary for the safety of the protected person including:

## **VERIFICATION**

I verify under penalty of perjury under the laws of the state of Kansas that the foregoing is true and correct.  Executed on Tuesday, March 4, 2025

Plaintiff's Signature

Plaintiff's Name:        Cody LANE Koelle

Your Email Address

*(WARNING: This email address may be used by the court and other parties to communicate with you about this case.)*

**(DO NOT include the residential address of Plaintiff in this petition. Plaintiff must complete the Protection from Stalking, Sexual Assault, or Human Trafficking Confidential Information form and include it with this petition.)**

Attorney representing Plaintiff (if any)

Attorney's Name: _____

Address 1: _____

Address 2: _____

City, State, Zip: _____

Telephone: _____

Email:_____

DOCUMENT GENERATED BY WWW.KSPOP.ORG

**Text Copy of Cody Affidavit provided to the Court in March 2025 provided by Jamie's Lawyer**

My name is Cody Lane Koelle. I am 28 years old. I can read, write and understand the English language. I'm making this sworn statement by my own free will. I have not been coerced, threatened or promised anything in return. I'm making this sworn statement because I need to protect myself, my wife, Andrea, and my children. This is not an easy thing to do, as Jamie Walker is my biological mother and Shelby is my biological sister. My mother and I have my wife, and I have decided to come forward with complete honesty. I met my mother's husband, Michael, around 2019. Michael has always been good to me. He has taught me different ways to hunt. He has taught me how to barbecue, and he has always been there for me and my family. I've never seen Michael hurt anyone. My mother, unfortunately, has not been the best role model. I believe she only cares about money, sex and partying. My mother has consistently expected me to send her more money than I should have. She has made selfish purchases with that money and I do not trust her, and her side of the family have been harassing me to sign an affidavit that they drafted. This affidavit is full of lies against Michael. I have refused to sign it. I have never seen Michael punch, kick and beat my mother as the affidavit says. It also says that Michael threatened my life with a gun and that is not true. The affidavit says that I lived with Michael and my mother. I never lived with them. I've only visited. The only time that I stayed there very long was during a Christmas break from my time at Job Corps. I never saw Michael drunk or on drugs or violent towards anyone at all. They have also sent an affidavit for Shelby to sign. All Shelby knows is that she is supposed to sign the affidavit immediately. The harassment to print, sign and get these affidavits notarized is becoming too much for my family to deal with. My Uncle James, my Aunt Kimberly and my grandfather on Jamie's side have been contacting us repeatedly to sign the statement that they drafted themselves. We were getting texts and calls from them to sign. My wife and I are fed up with the harassment reissues my mother has caused. I believe this baby was planned and now she is trying to backtrack and throw Michael under the bus to save herself. If I were to be subpoenaed by the state, I would like for Michael's defense. I will testify to the facts in this affidavit.

**Copy Text of Andrea Martin (Koelle) Affidavit March 2025 in Support of Michael Allen Walker**

My name is Andrea Koelle. I am 24 years old and I can read, write and understand language. I'm making this sworn affidavit by mouth, and I have not been forced to render a promise of anything. I am the wife of Cody Coley and his sister in law, Shelby Cody. Cody and I have been together for about five years. We have three young children. We live a happy life together in Kansas. Cody supports us and I care for our children, but I am also looking for employment. Raiding our happy life was not easy in the beginning. While Cody worked away and attended school, while I lived with Shelby and her mother for some time. During this time, Cody sent his mother, Jamie money to support us. Cody is a devoted husband and son who never let us be without. He was always more than what was required for my rent and utilities. There was a time when Shelby and I shared a two bedroom apartment together in Seguin, Texas. It is during this time that I witnessed Shelby live and take care of herself as an adult. There are some people in her family who say that she is incapable of taking care of herself. That is not true. I've seen Shelley read, write, budget and take care of all her needs, including cooking, many times during this period. Shelby's mother, Jamie, wanted more and more money out of Cody. She is not. Shelby is now living with Cody and I. We have been put in the middle of this entire ordeal. It has not been easy. Shelby has made false accusations. Allegations about a close friend of ours and even involved the police. She claimed that our friend physically hurt her. And that is not true. Shelby has even told a neighbor that I was having an affair with her son, and that it is also not true. I also caught Shelby taking photos of a staged mess in her home, because I believe she intends to try to involve CPS. Shelby is being told by her family that I am expected to cook for her when she is hungry, because she cannot take care of herself. This is far from true. As I previously mentioned, we were once independent roommates. Her grandfather recently called me yelling at me for not cooking for her. Cody and I are trying our best to keep a roof over Shelby and her baby's head, and make sure there is food available in the kitchen. My husband is now being harassed about signing an affidavit that he and I both know are not true. He believes his uncle drafted these affidavits. They say terrible things about my about Michael with regards to violence and abuse. I know Michael to be a good man. I've never seen him be aggressive or get physical with anyone. He has never made me feel uncomfortable and he has always been helpful and kind to my boys. I do not think he is capable of watching his family's pain. I do not know why the family feels the need to throw Michael under the bus, or plan that I believe Jamie, Shelby and Michael have put together themselves. I know there was a time when Jamie wanted to keep my firstborn for me, while I was dealing with my second son in the NICU. They may have demanded I give her my son's

birth certificate, social security card, and insurance card. It was a very strange request. And maybe not trust her motive. I would trust Michael Walker to care for my children any day unsupervised. Over. My husband and I are very uncomfortable and in fear of James Stanley. Knowing that we know from personal experience we are afraid that film is going to retaliate if we do not cooperate with their demands by calling CPS. This is something that has been done in the past and has caused us much grief. I have decided to make myself available to testify on his behalf and everything else stated in this affidavit.