## Exhibit I

## Plaintiff's Phone Records from T-Mobile of calls between Cody and James Louis Roden Sr.

**T-Mobil Phone Records of James Louis Roden Sr From October 09, 2024 to April 10th, 2025 showing Cody's number**

| Date and Time | Number | In/Out | Mins | Description |
|---|---|---|---|---|
| 10/24/2024 15:38 | ▮▮▮3831 | Outgoing | 1 | No Answer - Wanted to ask about Shelby getting a phone |
| 10/24/2024 18:25 | ▮▮▮3831 | Outgoing | 1 | No Answer - Wanted to ask about Shelby getting a phone |
| 10/28/2024 11:51 | ▮▮▮3831 | Outgoing | 1 | No Answer - Wanted to ask about Shelby getting a phone |
| 10/28/2024 11:58 | ▮▮▮3831 | Incoming | 2 | I didn't answer |
| 10/28/2024 15:08 | ▮▮▮3831 | Outgoing | 3 | I called Cody back - Asked him to get Shelby a phone |
| 10/30/2024 15:53 | ▮▮▮3831 | Outgoing | 1 | No Answer |
| 2/14/2025 16:18 | ▮▮▮3831 | Incoming | 1 | **I didn't answer - He left a message wishing me happy birthday** |
| 2/19/2025 19:13 | ▮▮▮3831 | Incoming | 2 | I didn't answer |
| 2/19/2025 19:18 | ▮▮▮3831 | Outgoing | 1 | Returning his call - Cody Didn't answer |
| 2/19/2025 19:20 | ▮▮▮3831 | Outgoing | 6 | Cody wished me a happy birthday and Cody asked for money to help with his car |
| 3/11/2025 18:20 | ▮▮▮3831 | Incoming | 1 | I didn't answer |
| 3/12/2025 10:21 | ▮▮▮3831 | Outgoing | 4 | Returning his call - Letting me know they kicked Shelby and baby out of their home |

| Between November to Day of Arrest total calls answered as per arrest warrant |
|---|
| 2 |
| One wishing me a happy birthday and another letting me know Shelby was homeless |

Total Minutes spoken between November 2024 to April 2025 – 10 minutes