# Exhibit F

# Cody's March 18th, 2025 Recorded Phone

# Caller: James Louis Roden Jr

# Caller: Cody Lane Koelle

**NAME**

# Cody Phone Call.m4a



**DURATION**
25m 3s

**2 SPEAKERS**
Cody Lane Koelle
James Louis Roden Jr

---

### START OF TRANSCRIPT

**[00:00:00] Cody Lane Koelle**
Against Michael.

**[00:00:02] James Louis Roden Jr**
Yeah. Well, let me let me ask you a few questions. I mean, are you mad at your mother? Do you hate Jamie?

**[00:00:12] Cody Lane Koelle**
No. I love my mom dearly. And I do know that both parties did mess up. And, yes, both parties do deserve jail time. But in reality, what I like, I told the the person that subpoenaed me, I said, I really don't want any part of this.

**[00:00:37] James Louis Roden Jr**
Well I mean, you say they both deserve jail time, but what facts of the case can you actually testify to? Because you, like you said, you weren't even there, right?

**[00:00:48] Cody Lane Koelle**
Yeah.

**[00:00:49] Cody Lane Koelle**
Because and that's what I told them. I said I wasn't even there. I don't know what truly happened. I do know that this man. I'm hearing this side from my mom's side and this side from my from my step dad's side. I don't know what truly happened. Then what Shelby has told me. Me because Shelby actually told my mom's attorney. Because I actually actually sent it to my mom. And Shelby's boyfriend has actually sent it to my mom's attorney, the Kimball. Whatever person, whatever his name is.

**[00:01:38] James Louis Roden Jr**
Kelly Pitll?

**[00:01:39] Cody Lane Koelle**
Yeah. That guy. A recording. Being saying that. She wants this whole thing to just be squashed and that the baby was actually planned. Shelby actually told that to my mom's attorney and to the actual investigator.

**[00:02:08] James Louis Roden Jr**
Okay. And that's what Shelby told you. Or is that what you actually heard?

**[00:02:12] Cody Lane Koelle**
That's what Shelby told me. And the actual investigator and also Officer Reamer.

**[00:02:21] James Louis Roden Jr**
That the baby was planned?

**[00:02:23] Cody Lane Koelle**
Yes.

**[00:02:25] James Louis Roden Jr**
Okay. How did, like. In what way? Like, how did they plan the baby? How do you plan a baby?

**[00:02:30] Cody Lane Koelle**
I, I don't know. That's what I asked Shelby. And that's also why Officer Reamer asked Shelby too. Because Officer Reamer called a couple a like a couple a couple weeks ago. I don't know when it was called me asking for Shelby because they don't have Shelby's new number. And Officer Reamer asked me specifically. She said, hey, Cody, is this true or not? I said Officer Reamer. No, I don't want any part of this, okay? And that's when all Officer Reamer said. Okay. Well, Officer Reamer told Shelby. Hey, was the baby planned or was it actual rape? Shelby said no, the baby was planned because my mom really wanted it to me to have a baby because she can't see my my brothers. Brothers kids anymore because he's all the way up in Kansas.

**[00:03:45] Cody Lane Koelle**
That is what she told Officer Raina. And when Shelby handed the phone back to me, Officer Reamer asked me that same question. Hey, did Shelby ever tell you that the baby was planned, or if it was truly rape. Rape, I said. I know what I heard from my sister is that the baby was planned. I asked Shelby how the baby was planned and she wouldn't tell me. She just said said? Oh, Jamie wanted me to have a baby. That was it. I said, well, if mom wanted you to have a baby, Baby why didn't you have sex with your boyfriend instead of having sex with Michael? She's like, I don't know, mom just wanted me to have a baby. It was planned. I said okay and left it at that. Then a couple weeks ago, she said that same exact thing to her new boyfriend that she's living with now.

**[00:04:53] James Louis Roden Jr**
Well, let me let me ask you this. So every all the information you're getting that you're going to, you're going to say at the hearing is just basically what Shelby told you. Correct.

**[00:05:03] Cody Lane Koelle**
Yes.

**[00:05:04] James Louis Roden Jr**
Okay. Now, Shelby never mentioned that to anybody on our side of the family. She never told me that. She never told grandpa that. She never told anybody. She's only told you. And now, I guess Officer Reamer.

**[00:05:17] Cody Lane Koelle**
She's actually told that to the arresting officer and the.

**[00:05:21] James Louis Roden Jr**
Yeah, well, I mean.

**[00:05:22] Cody Lane Koelle**
Well, investigator to

**[00:05:24] James Louis Roden Jr**
Well, obviously.

**[00:05:26] Cody Lane Koelle**
Jess.. Jessica Johnson and another and another investigator on mom's side.

**[00:05:34] James Louis Roden Jr**
Well, I mean, if if that was Shelby's story from the beginning, the Mike would have never been charged with six felony one counts of aggravated sexual assault. So, obviously.

**[00:05:45] Cody Lane Koelle**
According to what the investigator on Michael's side and my mom's side, they both have a recording of Shelby saying that the baby was planned.

**[00:05:57] James Louis Roden Jr**
It was planned. But you do understand Shelby has a disability, right?

**[00:06:02] Cody Lane Koelle**
Oh, yeah, and that's what I told them also. I said Shelby has a disability. She could barely read and write.

**[00:06:10] James Louis Roden Jr**
So is it possible? Is it possible she's...

**[00:06:12] Cody Lane Koelle**
Everything that a person says is true? I said no. Everything a person says is not true. And I literally told both investigators, I said, look, okay, I used to work for a county jail, okay. I also used to work for a state prison. And I've dealt with criminals. I've dealt with sex offenders. I've dealt with it all. Okay. I've seen it all right. Is what I told them. I said, right now I'm fixing to go work for a very, very high dollar casino here in Kansas, which is Dodge City Casino. It's one of the smallest high dollar casinos here that I start class for tomorrow. I said, I have so much on my mind that I don't even want to be a part of this right now. Oh, I told my family I really didn't want to do the affidavit, but I did them anyways because I love my mom. Dearly. That's why I did them.

**[00:07:18] James Louis Roden Jr**
Well in the affidavits were true. Yeah?

**[00:07:20] Cody Lane Koelle**
Yeah,

**[00:07:21] James Louis Roden Jr**
They were okay.

**[00:07:22] Cody Lane Koelle**
The affidavits were true.

**[00:07:23] James Louis Roden Jr**
Yeah. That Mike is a very violent man. Correct?

**[00:07:26] Cody Lane Koelle**
Yeah.

**[00:07:26] James Louis Roden Jr**
Yeah. Well, let me ask you this. Is it possible that Shelby made that story because she's afraid she's going to lose her baby? Because she's afraid someone's going to take it from her?

**[00:07:37] Cody Lane Koelle**
I don't know.

**[00:07:38] James Louis Roden Jr**
Is it? But is it possible?

**[00:07:40] Cody Lane Koelle**
I've asked her that question, and he flat out said no. I don't think I'm going to end up losing my my child. And I really want Michael to have to pay child support. I said, Shelby, Michael can't pay child support when he's in jail.

**[00:08:01] James Louis Roden Jr**
Well I mean, he does have Social Security when he's available to start collecting. It would go to his child, which is Natalie. So she would get that. She would get Social Security benefits. But I do know that Shelby, one of her biggest fears is that she's going to the state or somebody's going to take her baby. So she'll say almost anything to keep her baby. So she'll say whatever you want to hear just to appease you. Because she's afraid that you have the ability to take her child. You see what I'm saying? Yeah. Because prior prior to moving in with you. And she didn't move in with you until August of 2024. She's never said everything that you're claiming now. Like she never told grandma that grandpa that. And she definitely never told me that. And she lived down here for a while before she moved up to to Kansas. So is it...

**[00:08:51] Cody Lane Koelle**
And I'm telling you guys that because she told it to the investigator and the arresting officer who both have it on recording thing, And I told them, I said, okay, well, if you guys have that on recording, I at least want to hear that recording. Recording. If I have to get someone to go to trial with my little sister to fight for my sister and my mom.

**[00:09:19] James Louis Roden Jr**
Well, that I mean, that's the thing, though. So she's telling two stories on our side. She's saying, of course she was raped. You know, you know about her mental condition. You know, she'll say almost anything. I know her biggest fear was losing her child. She was afraid she was going to lose it down here in Texas. That's one of the reasons why she went up to Kansas. Because she was afraid that if she was forced to live on her own she would have the incapacity to care for her child on her own. And so by living with you, it would allow her to keep her child. And I know that that Andy and her don't get along at all, am I right?

**[00:09:57] Cody Lane Koelle**
No. Andy and her actually got along Really, really good when they were both down here.

**[00:10:04] James Louis Roden Jr**
Well, well. But Andy wanted her to move out, right?

**[00:10:09] Cody Lane Koelle**
Yeah, because she brought in a dude that is older than Shelby that was smoking weed, drinking way too much.

**[00:10:21] James Louis Roden Jr**
Well, that's the thing, though. Like, how did Shelby bring a guy into the house, considering her disability? Like, where would she even. She has no car. Like, how would she even have the means to even meet a guy?

**[00:10:32] Cody Lane Koelle**
Shelby met a guy at our church. Okay

**[00:10:36] James Louis Roden Jr**
Okay.

**[00:10:36] Cody Lane Koelle**
The guy got kicked out of one of the homes up here where people get to get help from.

**[00:10:47] James Louis Roden Jr**
Right.

**[00:10:48] Cody Lane Koelle**
Because he had. He got caught with weed and cocaine.

**[00:10:55] James Louis Roden Jr**
So y'all. Y'all didn't call CPS on Shelby?

**[00:10:58] Cody Lane Koelle**
No.

**[00:10:59] James Louis Roden Jr**
Well, I mean, I spoke to the CPS lady the child protective Services lady. So there was no case on your kids? It was only Shelby. Only Shelby had a case and none of your kids. So it wasn't about how dirty your apartment was or your place that you lived was. It was just basically Shelby. But she said, at the same time, Shelby is not a case to where she she committed abuse. It was a case to where those that were living with her could no longer care for her, and therefore, they wanted to make sure that the baby was safe just in case, because y'all said y'all were going to put her in section eight housing, right?

**[00:11:34] Cody Lane Koelle**
That's what Andy was saying.

**[00:11:36] James Louis Roden Jr**
Right. And so it's safe to assume there may be some friction between Shelby and Andy. Am I right.

**[00:11:42] Cody Lane Koelle**
That that was when her. When Shelby's boyfriend moved into my house?

**[00:11:48] James Louis Roden Jr**
Right. But you would agree that there is some friction there. I mean, and it's okay too. It's not. I understand, like it's.

**[00:11:55] Cody Lane Koelle**
Her boyfriend was living in our house.

**[00:11:57] James Louis Roden Jr**
Right. So there's there's been friction ever since then, am I right?

**[00:12:02] Cody Lane Koelle**
Ever since then. No, there there wasn't after. After he moved out.

**[00:12:07] James Louis Roden Jr**
Well, yeah, but she moved out with him, right?

**[00:12:10] Cody Lane Koelle**
No.

**[00:12:11] James Louis Roden Jr**
No. Okay.

**[00:12:12] Cody Lane Koelle**
She stayed back for two whole months until he finally got a house. And she literally just moved out last week.

**[00:12:25] James Louis Roden Jr**
Okay. Well, I mean, I'm just trying to get an understanding. I'm not. There's not. I mean, I understand if Andy's upset with Shelby because it's her house. I mean, obviously, she doesn't want this guy doing drugs and everything in her house, which is completely understandable. I completely understand that. And at the same time, you know, you know, it's it's hard when you have that many people living in the house, too, you know, and you want to create a home for just your family. I totally get it right.

**[00:12:51] Cody Lane Koelle**
I came home from work one night and Shelby was like, hey, he Cody and or hey, brother. Hey, Andy. I just wanted to know. My boyfriend got kicked out of the house that he was living in due to this. Is it all right if he stays here? I said, let me and Andy talk about it because we barely know the dude. But as to talk about it. And we'll give you our answer. She said okay. Thank you. And the next day when I came home, the dude had all his stuff here.

**[00:13:34] James Louis Roden Jr**
Right.

**[00:13:36] Cody Lane Koelle**
And I was like, what's this? He's like, oh, you said that he can move in. I said, no, I didn't. I said, let me and Andy talk about it.

**[00:13:47] James Louis Roden Jr**
All right. Well.

**[00:13:50] Cody Lane Koelle**
One night I, I came home at like 1 to 2:00 in the morning because I, we got, We got out of work. I got out of work late because the Pizza Hut and I see him in his car with a baggie, and I was like, okay, what the hell is that? And I walked up to him and I said, hey, what are you doing? And that's when I found out that he had a baggie of of cocaine. So I called the sheriff's department right then and there.

**[00:14:30] James Louis Roden Jr**
Okay.

**[00:14:31] Cody Lane Koelle**
And I was like, hey, this guy's been living with me. My sister moved him in when we told her to let me and me and Shelby talk. About what? Him living here. So, like. Okay, well, what's the situation? I said he has a bag of cocaine on him, and he has weed, and I. I feel that my family is in danger because my three little boys right now.

**[00:15:01] James Louis Roden Jr**
Okay. So that's complete understanding of why you'd be upset. Totally understandable. Dude, I'm right there with you.

**[00:15:08] Cody Lane Koelle**
That. The sheriff's department didn't didn't arrest him. They said, hey. Well, we'll do. They said, Cody, do you want to press charges or do you want us to kick him off the property? And he can't come back at all unless there's an officer present to get the rest of his stuff?

**[00:15:31] James Louis Roden Jr**
Do you know. Do you remember what date that was?

**[00:15:39] James Louis Roden Jr**
I mean, it had to have been just.

**[00:15:41] Cody Lane Koelle**
It was in January. Sometime.

**[00:15:42] James Louis Roden Jr**
January? What?

**[00:15:45] Cody Lane Koelle**
I can't remember. It was like January 15th is when I believe. Yeah, it was January 15th when I kicked him out.

**[00:15:53] James Louis Roden Jr**
Okay.

**[00:15:53] Cody Lane Koelle**
Because he'd been out going on. He's been out of our house going on two months now.

**[00:15:58] James Louis Roden Jr**
So on January 15th, you called the Ford County Sheriff's Office. Ford County sheriff, and they they came out there?

**[00:16:07] Cody Lane Koelle**
Yeah, they came out and they they were the ones that escorted them off my property and said, hey, you need to leave.

**[00:16:16] James Louis Roden Jr**
All right.

**[00:16:17] Cody Lane Koelle**
Because our pastor both of our head pastors found him a place to live. And he now owns that place there about 30 minutes from Dodge and where Shelby and him both live in hut in down in Hutch and Minneola, Kansas.

**[00:16:43] James Louis Roden Jr**
Well, let me ask you this. Did Shelby get subpoenaed?

**[00:16:48] Cody Lane Koelle**
What's that?

**[00:16:48] James Louis Roden Jr**
Did Shelby get subpoenaed to the hearing?

**[00:16:52] Cody Lane Koelle**
I have no clue. I tried asking that, and they said All we know, it's just you.

**[00:17:03] James Louis Roden Jr**
Okay, so let me get this straight. So the Da wants you to come down and testify against your sister at the bond hearing. But they didn't even.

**[00:17:13] Cody Lane Koelle**
Testify against my sister. Testify against my mom.

**[00:17:17] James Louis Roden Jr**
Oh. I'm sorry. My. She's my sister. She wants to testify. They want. All right. So they want you to come down on April 7th to testify against your mom at a bond hearing. But Shelby, who also lives with you, has the same address as you. They don't want.

**[00:17:31] Cody Lane Koelle**
We don't have the same address as me.

**[00:17:33] James Louis Roden Jr**
Well, well, that's the thing, though. But technically, she still lives there, right? I mean, she hasn't hasn't moved out completely.

**[00:17:40] Cody Lane Koelle**
She's fully moved out of my house since last week.

**[00:17:43] James Louis Roden Jr**
Since last week. But the subpoena, the date on the subpoena is from further before that. Like you've had this.

**[00:17:51] Cody Lane Koelle**
She never got a subpoena paper. She just got a paper stating of when Michael's hearing what her bond was in As Jamie's Bond was.

**[00:18:03] James Louis Roden Jr**
Because she's a victim. Because she's the victim, right?

**[00:18:06] Cody Lane Koelle**
Yeah, yeah.

**[00:18:07] Cody Lane Koelle**
So she didn't get subpoenaed for any of.

**[00:18:10] James Louis Roden Jr**
Them, right. So it would seem weird that. And they didn't subpoena Andy either.

**[00:18:16] Cody Lane Koelle**
No.

**[00:18:17] James Louis Roden Jr**
Well, let me ask you this. Where did they get this information from for them to even subpoena you?

**[00:18:22] Cody Lane Koelle**
I have no clue. That's what I'm trying to figure out.

**[00:18:27] James Louis Roden Jr**
So the and the but the Da the the the Da even talk to, you.

**[00:18:32] Cody Lane Koelle**
Know, the Da didn't talk to me. It was literally that lady that I told you about. And the prosecutor.

**[00:18:41] James Louis Roden Jr**
Well, the prosecutor is the Da. Yeah, yeah, yeah. So did the prosecutor call, you.

**[00:18:47] Cody Lane Koelle**
No

**[00:18:47] James Louis Roden Jr**
Well then who called you?

**[00:18:51] Cody Lane Koelle**
That Eileen person that I told you about. It's on. It's on the subpoena paper. It's the very first person.

**[00:19:00] James Louis Roden Jr**
Let me see here. State of Texas 25th District Court.

**[00:19:07] Cody Lane Koelle**
Eileen Regal is her email.

**[00:19:14] James Louis Roden Jr**
Oh, Ileen Rangel

**[00:19:15] Cody Lane Koelle**
Yeah.

**[00:19:17] James Louis Roden Jr**
All right. She's the victim advocate. It says victim Eileen Rangel. Victim advocate.

**[00:19:29] Cody Lane Koelle**
Yeah.

**[00:19:29] James Louis Roden Jr**
And then it also says Jessica Johnson, assistant court county attorney. So when so when Eileen talked to you I mean. She wants you to go down there and testify against your mom and against Mike or for Mike.

**[00:19:54] Cody Lane Koelle**
She wants me to testify against my mom and for Mike.

**[00:20:01] James Louis Roden Jr**
Okay, so, Mike, might they feel like Mike is the victim here and not your mother?

**[00:20:07] Cody Lane Koelle**
Yeah.

**[00:20:08] James Louis Roden Jr**
Okay. So did they say how Mike is a victim?

**[00:20:12] Cody Lane Koelle**
No, they just said, hey, we. You guys subpoenaed to come down here? To talk about this case versus your mom.

**[00:20:28] James Louis Roden Jr**
So. But you're only just hearing. But you're only. But for Mike, you're only testifying. Like what? You've what you've heard Shelby say. Same thing with your mom. What? What you heard Shelby say, right? Because you, like, you weren't there when Mike and Jamie supposedly planned the baby, am I right?

**[00:20:47] Cody Lane Koelle**
Yeah. Because what I told Eileen today, when I talked to her, I said, ma'am, I really don't know what went on. I wasn't there when it happened. Then all I'm hearing is he said. She said right now.

So so everything. So everything about the bond and the case and everything is just basically what Shelby's saying, correct? Yeah. Okay. Yeah. So I mean, all that really is, is hearsay, right? They have to have Shelby down there to testify because only she really knows what happened because she's the actual victim, am I right?

**[00:21:24] Cody Lane Koelle**
Yeah.

**[00:21:25]**
Yeah. No, I agree. I mean, well, I mean, I mean, you're a grown adult man. You're free to do whatever you want to do. I'm not going to discourage you from doing anything. But at the same time.

**[00:21:35] Cody Lane Koelle**
What what I told Grandma and grandpa was, I will I will fly down there and tell them I don't know why I'm here. Here. All I know is I got summoned for something that I don't know anything about. All I'm hearing is is he said. She said stuff. I don't know what is true and what's not true. True. True. So if you want to hear the actual story of what truly happened, then can you guys please summon my sister instead of me? Because this is taking time out of my work and my time trying to make money to help support my three kids and my wife.

**[00:22:34] James Louis Roden Jr**
All right.

**[00:22:36] Cody Lane Koelle**
But that is literally what I told Eileen. And she said, okay, okay, let's let's sit down with you with the attorney or not, the attorney, the prosecutor, and see what we could do, because we might get it as a video call, or we might actually just fly you down here.

**[00:23:02] James Louis Roden Jr**
Okay. Well Hey, man, I was going to ask you what? What's today's date?

**[00:23:07] Cody Lane Koelle**
Today's date?

**[00:23:08] James Louis Roden Jr**
Yeah.

**[00:23:11] Cody Lane Koelle**
Today's date, I believe, is the.

**[00:23:16] James Louis Roden Jr**
18th of what month?

**[00:23:19] Cody Lane Koelle**
March.

**[00:23:20] James Louis Roden Jr**
March. And what time is it?

**[00:23:25] Cody Lane Koelle**
830.

**[00:23:26] James Louis Roden Jr**
830. Yeah. I mean, it's been a crazy birthday for for Patrick. Well, yeah.

**[00:23:33] Cody Lane Koelle**
Tom, I said happy birthday. I would have wished him it sooner, but we literally just got home, like, right at 6:00, and the boys were extremely tired and all that.

**[00:23:49] James Louis Roden Jr**
No, I get it, bro. Alright, man. Well, hey, you know.

**[00:23:53] Cody Lane Koelle**
They had so much fun at the Great Wolf Lodge, it wasn't even funny.

**[00:23:56] James Louis Roden Jr**
Oh, man. That's awesome. Yeah, great. Great. Waldorf is a is a great place. Hey, man. Well, I just want to reiterate that you know, you're a grown man. You're free to do whatever you want to do. I'm not going to discourage you. What to do or what to say. Just be honest. That's all I can really say. Like you said. Like you don't. You weren't there. You don't know anything. Just be honest. That's all you could really do is just be honest. But man, just know that I love you no matter what. And you know it'd be great for you to come down and visit sometime.

**[00:24:26] Cody Lane Koelle**
Yeah. And like, I, I asked him, I said, well, if I go down there, is my mom going to be there during this 9:00 one. And they said, no, it's against your mom's bond hearing.

**[00:24:43] James Louis Roden Jr**
Okay.

**[00:24:44] James Louis Roden Jr**
All right. Man. Well hey, I gotta I gotta get with the kids, but I appreciate it, man. Just just say a lot of prayers and hopefully everything will work out. Man, I, I love you, buddy.

**[00:24:57] Cody Lane Koelle**
Love you too.

**[00:24:58] James Louis Roden Jr**
All right, man, you have a good one.

**[00:24:59] Cody Lane Koelle**
I will.

**[00:25:00] James Louis Roden Jr**
Bless you.

**END OF TRANSCRIPT**



Automated transcription by Sonix
www.sonix.ai

 **Gmail**

**Paladin R** ████████████████████

# Important Information Regarding the Case of Jamie Renee Walker (Case No. 24-1775-CR-B)

1 message

---

**Paladin R** ████████████████████████████
To: Jessica Johnson <jessica.johnson███████████████████
Cc: Kelly Pittl <kelly@kfplawfirm.com>

Wed, Mar 19, 2025 at 5:06 AM

---

**Re: Important Information Regarding the Case of Jamie Renee Walker (Case No. 24-1775-CR-B)**

Dear Ms. Johnson and Kelly Pittl,

I am writing to you as a **concerned family member** of **Jamie Renee Walker** and Shelby ███████████ as someone who values truth, justice, and fairness in our legal system. My only intent in reaching out is to ensure that **all relevant and truthful information** is made available to those involved in this case. I firmly believe that a fair and just judicial process benefits everyone, and I hope this information will be taken into consideration.

I want to bring to your attention that **Shelby** ███████████**, the alleged victim in this case, has signed a sworn affidavit stating that Jamie is innocent**. She has also provided **a video statement affirming this**, and she has been consistent in maintaining that **Michael Allen Walker is solely responsible for the crime**. Given the significance of this information, I felt it was my duty to make sure you were aware of it.

Additionally, I have phone recordings in which **Cody Koelle clearly states that he has no firsthand knowledge of Jamie ever contacting Shelby while she has been on bond**. There are concerns that there may be **an effort to falsely accuse Jamie of violating bond conditions**, and I wanted to ensure that all parties involved are fully informed before any further action is taken on such allegations.

**Shelby has personally requested to testify on Jamie's behalf**, as she believes it is important that the truth be heard in court. To support her in doing so, I will be **accompanying her and providing transportation to each pretrial hearing** to ensure that she is able to testify. Given the significance of her testimony, I respectfully ask that **Shelby be given the opportunity to speak under oath** and that her statements be properly considered as part of this case.

I understand that these matters are complex, and I have great respect for the role of your office in pursuing justice. My hope is that **this information is considered carefully, so that all parties have access to the full truth** and that the judicial process is as fair and transparent as possible.

I appreciate your time and consideration, and I am available if you need any further clarification. I trust that your office will do what is right in ensuring that all evidence is properly reviewed and considered in pursuit of justice.

Sincerely,
James Louis Roden Jr. and Family
Phone: ████████████2
Email: ██████████████████

Cody Koelle Phone Call March 18th, 2025

Shelby Video Testimony of Jamie Walker Innocence

Shelby Video Testimony of Jamie Walker Bond Violation Innocence.

Going forward the following people will be available for testimony and will be at all future hearings to testify under oath.

James Louis Roden Jr. - Uncle to Shelby ██████████ (School Teacher 20+ years experience)
James Louis Roden Sr - Grandfather to Shelby ████████ (Retired Master Sergeant)
Dolores Jane Roden - Grandmother to Shelby ████████ (Retired school teacher)
Kimberly Kennedy - Aunt to Shelby ████████ (Minster at Morning Star Church)
Anna Mares Roden - Aunt to Shelby ████████ (School Counselor 20+ years experience)
Shelby ████████ - Victim in this case

Case 5:26-cv-00081-XR    Document 13-6    Filed 05/20/26    Page 12 of 12

Everyone can testify and give first hand accounts of the abuse Jamie Renee Walker suffered at the hands of Michael Allen Walker and Shelby ███████ can give first hand testimony as to the facts of the case as it relates to Jamie Renee Walker and Michael Allen Walker.

---

**6 attachments**



**Shelby Affidavit Picture March 2025.JPG**
848K

**Exhibit B1 Transcript Shelby Testimony Video.pdf**
45K

**Exhibit B2 Transcript of Shelby Testimony Bond Hearing.pdf**
45K

**Exhibit D Motion to Oppose James Sr Affidavit.pdf**
619K

**Exhibit E Motion to Oppose Dolores Jane Roden Affidavit.pdf**
500K

**Exhibit F Motion to Oppose James Jr Affidavit.pdf**
809K