# EXHIBIT A

---

**Certified Court Record**
**Defendant's Motion to Compel Discovery and**
**Request for ADA-Accommodated Review**

---

*Submitted in support of*
**Plaintiff's Response in Opposition to Defendant Guadalupe County's**
**Rule 12(b)(6) Motion to Dismiss**

Document:  Certified copy of "Defendant's Motion to Compel Discovery and Request for ADA-Accommodated Review," filed by Jamie Renee Walker.

Source Cause:  Cause No. 24-1775-CR-B, 274th Judicial District Court, Guadalupe County, Texas.

Certifying Authority:  Guadalupe County District Clerk (the Honorable Linda Balk), Electronically Certified Court Record.

Relevance:  This certified court record corroborates Plaintiff's pleaded allegations (First Amended Complaint ¶¶ 1–2, 91, 127) that he and his family assisted disabled family members in the underlying proceedings. The record reflects that Jamie Renee Walker is a person with a documented disability who requested ADA accommodations, and that her address of record is the same address from which Plaintiff signs and verifies his Complaint.

Authority for Consideration:  The Court may take judicial notice of this certified court record without converting the motion. See Funk v. Stryker Corp., 631 F.3d 777, 783 (5th Cir. 2011); Norris v. Hearst Tr., 500 F.3d 454, 461 n.9 (5th Cir. 2007); Fed. R. Evid. 201.



# Electronically Certified Court Record

# (Cover Page)

This cover page is for informational purposes only and is not a requirement when presenting the **Electronic Certified Document**. At the last page of this document, you will find the digital signature bearing the identity and authority of the District Clerk. On the left side of each page is a unique code identifying the electronic certification for this document.

## DOCUMENT INFORMATION

| | |
|---|---|
| **Agency Name:** | Guadalupe County District Clerk |
| **District Clerk:** | The Honorable Linda Balk |
| **Date Issued:** | 6/27/2026 7:12:19 PM |
| **Unique Reference Number:** | CAA-BAA-EIBIHCAA-IDJGJEA-BFGDIDE-C |
| **Case Number:** | 24-1775-CR-B |
| **Case Document:** | Motion: Defendant's Motion to Compel Discovery and Request for ADA-Accommodated Review |
| **Requesting Party Code:** | 100 |

## HOW TO VERIFY THIS DOCUMENT

This electronically certified Court Record contains a unique electronic reference number for identification printed on each page. This document is delivered in PDF format and contains a digital signature identifying the certifier and a tamper proof seal indicating whether this document has been tampered with. The last page of this document contains a digital signature indicating the certifier as the Guadalupe County District Clerk. Open this document using Adobe Reader software to verify the digital signature of the author. Visit https://verify.clerkecertify.com/VerifyImage to learn more about validating this certified copy.



**CASE NO.: 24-1775-CR-B**

| STATE OF TEXAS | § | COUNTY OF GUADALUPE |
|---|---|---|
| vs | § | 274th JUDICIAL DISTRICT COURT |
| JAMIE WALKER | § | GUADALUPE COUNTY, TEXAS |

## DEFENDANT'S MOTION TO COMPEL DISCOVERY AND REQUEST FOR ADA-ACCOMMODATED REVIEW

**TO THE HONORABLE JUDGE OF THIS COURT:**

My name is **Jamie Renee Walker**, and I am the Defendant in this case. I respectfully request this Court to **compel the State to provide me with full access to all discovery materials** related to my case and to grant me **ADA-accommodated access to review and understand these materials**.

I have not been able to review or understand the evidence against me because:

1. **My court-appointed attorney, Kelly Pittl, has refused to review any discovery with me** or explain how the evidence applies to the charges against me.

2. **The indictment lacks specific details regarding my alleged involvement**, preventing me from understanding the accusations.

3. **I am a documented victim of severe domestic violence by Michael Allen Walker**, the individual responsible for the crime in question.

4. **The State has suppressed exculpatory testimony from Shelby Jane Koelle**, the alleged victim, who has stated multiple times that I am innocent and that Michael Allen Walker was planning to kill me.

5. **I have a documented learning disability and have requested ADA accommodations to assist me in understanding the evidence and preparing my defense.**

Without access to discovery, reasonable accommodations, and answers to **specific legal questions** regarding the evidence in this case, I am **unable to participate in my own defense** and risk being wrongly convicted. I have attached **Exhibit A – Defendant's Discovery Questions**, outlining the specific information I need to prepare a defense.

CERTIFIED TRUE AND CORRECT COPY          GUADALUPE COUNTY, TEXAS

Unique Code : CAA-BAA-EIBIHCAA-IDJGJEA-BFGDIDE-C Page 1 of 10

Unique Code : CAA-BAA-EIBIHCAA-IDJGJEA-BFGDIDE-C Page 2 of 10

## I. LEGAL BASIS FOR DISCOVERY RIGHTS AND ADA ACCOMMODATIONS

### 1. Right to Discovery Under Texas Law

- **Texas Code of Criminal Procedure Article 39.14(a)** requires the prosecution to disclose all evidence that is material to the defense.

- **Texas Code of Criminal Procedure Article 39.14(e)** states that while my attorney cannot provide me with copies of discovery, I **still have the right to review the evidence and obtain information necessary to prepare my defense.**

### 2. Due Process Requires That I Understand the Evidence Against Me

- The **U.S. Supreme Court in Brady v. Maryland, 373 U.S. 83 (1963)** requires the prosecution to disclose all **exculpatory evidence** to the defense.

- **Gideon v. Wainwright, 372 U.S. 335 (1963)** holds that a criminal defendant is entitled to meaningful legal assistance, which includes access to evidence.

- My previous attorney has **denied me access to discovery materials and has refused to explain the evidence against me**, violating my constitutional rights.

### 3. ADA Accommodations for My Learning Disability

- **The Americans with Disabilities Act (42 U.S.C. § 12101 et seq.)** requires that I be provided with **reasonable accommodations** that allow me to understand and participate in my own defense.

- Because I have a **learning disability**, I require:

    - A **verbal explanation of legal documents and discovery materials.**

    - **Support from an advocate (my brother, James Roden)** to help me process and understand the evidence.

    - **Additional time and an accessible review format** to ensure I comprehend the materials.

- I have **submitted an ADA accommodation request** to ensure I can participate fully in my legal defense.

## II. WHY I CANNOT PREPARE A DEFENSE WITHOUT REVIEWING DISCOVERY WITH ADA SUPPORT

2

CERTIFIED TRUE AND CORRECT COPY  GUADALUPE COUNTY, TEXAS

Unique Code : CAA-BAA-EIBIHCAA-IDJGJEA-BFGDIDE-C Page 3 of 10

1. **The Indictment Provides No Real Information About My Guilt**

   - The indictment states that I "solicited, encouraged, directed, aided, or attempted to aid" in the offense, but **does not provide any specific details.**

   - Without specific evidence, I cannot respond to the allegations.

2. **My Attorney Has Refused to Review or Explain the Evidence**

   - **Kelly Pittl has not reviewed discovery with me** or explained how the evidence applies to my case.

   - He stated that **he cannot give me copies under Article 39.14(e)** but has **also refused to let me review the evidence in any other way.**

   - Since he **is withdrawing from my case,** I have **no way to access the discovery before my hearing.**

3. **The Prosecution Has Suppressed Key Witness Testimony**

   - **Shelby Jane Koelle has stated multiple times that I am innocent.**

   - The prosecution has **ignored her testimony and refused to allow her to testify in my defense.**

   - The DA must explain why **exculpatory evidence is being excluded from this case.**

4. **I Have Critical Questions That Must Be Answered Before My Hearing**

   - A list of **specific discovery questions** is attached as **Exhibit A.**

   - These questions **will help clarify the evidence** and **force the DA to disclose critical information** that has been withheld.

---

## III. REQUESTED RELIEF

I respectfully ask this Court to issue an order:

1. **Compelling the State to provide me with access to all discovery materials** related to my case, including but not limited to:

   - Police reports and incident reports

   - Witness statements and forensic evidence

3

CERTIFIED TRUE AND CORRECT COPY     GUADALUPE COUNTY, TEXAS



- Video, audio, or photographic evidence

- Phone records, text messages, or electronic communications

- Any exculpatory evidence under **Brady v. Maryland**

2. **Requiring the DA's Office to answer the discovery questions outlined in Exhibit A.**

3. **Requiring the DA's Office to confirm whether they have interviewed or taken a statement from Shelby Jane Koelle regarding my innocence.**

4. **Requiring the State to disclose why they have refused to allow exculpatory testimony from Shelby Jane Koelle.**

5. **Ordering a Zoom discovery review session with my advocate, James Roden, present to assist me in understanding the evidence.**

6. **Requiring the State to provide accommodations under the ADA** to allow me to review and comprehend the evidence.

7. **Requiring this disclosure to occur within five (5) business days** to allow me time to prepare for trial.

## IV. CONCLUSION

Because my attorney **refused to review or explain the evidence,** and my **indictment does not contain enough information to prepare a defense,** I am currently **unable to defend myself.**

Because I have a **learning disability,** I require **ADA accommodations and an advocate-assisted Zoom review session** to ensure I can understand the evidence against me and fully participate in my defense.

I respectfully ask this Court to **grant my motion** and **order the DA's Office to disclose all evidence, answer the questions in Exhibit A, and allow exculpatory testimony from the alleged victim, Shelby Jane Koelle.**

**Respectfully submitted,**

**Jamie Renee Walker**
1555 Tahoe Court
League City, TX 77573

4

CERTIFIED TRUE AND CORRECT COPY　　GUADALUPE COUNTY, TEXAS

Unique Code : CAA-BAA-EIBIHCAA-IDJGJEA-BFGDIDE-C Page 4 of 10

Unique Code : CAA-BAA-EIBIHCAA-IDJGJEA-BFGDIDE-C Page 5 of 10

(281) 229-1668

jamieladybugs2@gmail.com

Date: *March, 19, 2025*

*Jamie Renee Walker*

**CERTIFICATE OF SERVICE**

I, **Jamie Renee Walker**, certify that a true and correct copy of the foregoing **Defendant's Motion to Compel Discovery and Request for ADA-Accommodated Review** was **electronically filed** with the **274th District Court, Guadalupe County, Texas,** on this ___ day of March, 2025.

Electronic service of this filing was completed through the Texas eFile system, notifying all parties registered in the case, including:

- **Jessica Johnson**, Guadalupe County District Attorney's Office

- **Kelly Pittl**, Attorney of Record for Defendant

**Jamie Renee Walker**

*Jamie Renee Walker*

[Signature]
Defendant

CERTIFIED TRUE AND CORRECT COPY          GUADALUPE COUNTY, TEXAS

**EXHIBIT A**

**Defendant's Discovery Questions**

## I. Lack of Evidence Supporting the Charges

1. What **specific evidence** does the State have that shows I **solicited, encouraged, directed, aided, or attempted to aid** Michael Allen Walker in the alleged crime?

2. What **forensic evidence** (DNA, fingerprints, electronic records) does the State have that connects me to the alleged offense?

3. Are there **any recorded statements, audio, video, or eyewitness testimonies** that place me at the scene of the crime as a participant?

4. What **direct actions** does the State allege I took to aid or encourage this offense?

5. Are there **any witnesses other than Michael Allen Walker** who claim that I had knowledge of or assisted in the crime?

## II. Suppression of Exculpatory Evidence (Brady Violations)

6. Has the State disclosed all **exculpatory evidence** that shows my innocence, as required under **Brady v. Maryland, 373 U.S. 83 (1963)**?

7. Has the prosecution **interviewed or taken statements from Shelby Jane Koelle**, the alleged victim, regarding my innocence?

8. Has Shelby Jane Koelle's **statement that I am innocent** been included in the discovery file provided to the defense?

9. Has the prosecution obtained **any written, recorded, or sworn testimony from Shelby Jane Koelle that clears me of involvement** in this crime?

10. If the DA is refusing to hear Shelby Jane Koelle's testimony, on what legal basis is her **exculpatory testimony being excluded** from consideration?

11. Has the State disclosed all evidence showing that Michael Allen Walker was **planning to kill me**, as Shelby Jane Koelle has stated?

12. Has the State provided all **law enforcement reports, forensic evidence, and digital communications that support Shelby Jane Koelle's claim that I was a victim of Michael Allen Walker**?

## III. The DA's Handling of the Case

Unique Code : CAA-BAA-EIBIHCAA-IDJGJEA-BFGDIDE-C Page 6 of 10

CERTIFIED TRUE AND CORRECT COPY     GUADALUPE COUNTY, TEXAS

Unique Code : CAA-BAA-EIBIHCAA-IDJGJEA-BFGDIDE-C Page 7 of 10

13. Is the **DA aware of the prior domestic violence history** between Michael Allen Walker and myself?

14. Has the State disclosed all **law enforcement records related to Michael Allen Walker's domestic violence attacks** against me?

15. Why did the State **reduce Michael Allen Walker's prior felony charges** to **"deadly conduct"** instead of proceeding with the original **1st-degree felony Aggravated Assault with a Deadly Weapon** and **2nd-degree Assault by Impeding Breath**?

16. Does the DA have evidence that **I was acting under duress, coercion, or threats of violence** by Michael Allen Walker when this crime allegedly occurred?

17. Did law enforcement **conduct any psychological evaluation or coercion assessment** of my statements due to my history of being a domestic violence victim?

18. What **communications, texts, emails, or social media messages** does the State have from Michael Allen Walker that implicate me in this crime?

19. Has the prosecution investigated whether **Michael Allen Walker falsely implicated me** in this offense to protect himself?

## IV. Law Enforcement's Handling of the Investigation

20. Did law enforcement take **a sworn statement from Shelby Jane Koelle clearing me of involvement**, and if so, why has it not been presented as evidence?

21. Has law enforcement investigated **Michael Allen Walker's history of manipulating or coercing statements** from others?

22. Were there any **coercive interview techniques used against me** during my questioning?

23. What **physical, electronic, or forensic evidence** does law enforcement claim ties me to this crime?

24. Did law enforcement conduct **any investigation into whether I was a victim of Michael Allen Walker's abuse and coercion?**

## V. Witness Testimony & Trial Preparation

25. Will the DA agree to **put Shelby Jane Koelle under oath to testify regarding my innocence?**

CERTIFIED TRUE AND CORRECT COPY          GUADALUPE COUNTY, TEXAS

26. Has the DA provided the defense with a **witness list**, and if not, when will it be provided?

27. Will the prosecution allow **character witnesses or domestic violence experts** to testify regarding the history of abuse I suffered at the hands of Michael Allen Walker?

28. Has the prosecution provided any **motive, incentive, or plea deal offers made to Michael Allen Walker** in exchange for testimony against me?

29. Has the DA withheld **any reports, recordings, or documents** that might suggest I am **not guilty** of this offense?

Unique Code : CAA-BAA-EIBIHCAA-IDJGJEA-BFGDIDE-C Page 8 of 10

CERTIFIED TRUE AND CORRECT COPY    GUADALUPE COUNTY, TEXAS

Unique Code : CAA-BAA-EIBIHCAA-IDJGJEA-BFGDIDE-C Page 9 of 10





## UNITED STATES POSTAL SERVICE.

LEAGUE CITY
240 W GALVESTON ST
LEAGUE CITY, TX 77573-9998
(800)275-8777

03/19/2025                          01:49 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® Large Envelope | 1 | | $2.31 |

San Antonio, TX 78205
Weight: 0 lb 3.80 oz
Estimated Delivery Date
Sat 03/22/2025

| Certified Mail® | | | $4.85 |
|---|---|---|---|

Tracking #:
70191640000025398355

| Return Receipt | | | $4.10 |
|---|---|---|---|

Tracking #:
9590 9402 8510 3186 2495 59

Total                               $11.26

| Mailer 10.5 x 16 | 10 | $1.69 | $16.90 |
|---|---|---|---|

| First-Class Mail® Large Envelope | 1 | | $2.31 |
|---|---|---|---|

Seguin, TX 78155
Weight: 0 lb 3.80 oz
Estimated Delivery Date
Sat 03/22/2025

| Certified Mail® | | | $4.85 |
|---|---|---|---|

Tracking #:
70191640000025398348

| Return Receipt | | | $4.10 |
|---|---|---|---|

Tracking #:
9590 9402 8510 3186 2495 42

Total                               $11.26

Grand Total:                        $39.42

Debit Card Remit                    $39.42

CERTIFIED TRUE AND CORRECT COPY          GUADALUPE COUNTY, TEXAS

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 98648120
Filing Code Description: Motion
Filing Description: Defendant's Motion to Compel Discovery and Request for ADA-Accommodated Review
Status as of 3/19/2025 4:41 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Guadalupe County DA Jessica Johnson, ADA | | jessica.johnson@co.guadalupe.tx.us | 3/19/2025 2:51:49 PM | SENT |

Unique Code : CAA-BAA-EIBIHCAA-IDJGJEA-BFGDIDE-C Page 10 of 10

I, Linda Balk, Clerk of the District Courts, in Guadalupe County, Texas, certify this copy is true and correct as FILED & RECORDED in the Official Court Records of District Court.

24-1775-CR-B, 6/27/2026 7:12:20 PM

THE HONORABLE LINDA BALK
GUADALUPE COUNTY DISTRICT CLERK,
THE STATE OF TEXAS