**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| JAMES LOUIS RODEN SR., | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 5:26-cv-00081-XR |
| | § | |
| ELAINE MICHELLE REAMER, and | § | |
| COUNTY OF GUADALUPE, TEXAS, | § | |
| | § | |
|     Defendants. | § | |

**PLAINTIFF'S NOTICE OF FILING OF OMITTED EXHIBIT A**
**TO PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT**
**ELAINE REAMER'S RULE 12(b)(6) MOTION TO DISMISS**

TO THE HONORABLE XAVIER RODRIGUEZ, UNITED STATES DISTRICT JUDGE:

Plaintiff James Louis Roden Sr., appearing pro se, respectfully files this Notice to provide the Court and the parties with Exhibit A to Plaintiff's Response in Opposition to Defendant Elaine Reamer's Rule 12(b)(6) Motion to Dismiss. Exhibit A was referenced in Plaintiff's Response but, through inadvertence, was not attached to the Response as filed. Plaintiff files the omitted exhibit now so that the record before the Court is complete.

1.  On the date of its filing, Plaintiff filed his Response in Opposition to Defendant Elaine Reamer's Rule 12(b)(6) Motion to Dismiss (the "Response"), which responds to Defendant Reamer's Motion to Dismiss (Dkt. 14).

2.  Plaintiff's Response refers to and relies upon Exhibit A—the sworn affidavit of Cody Lane Koelle dated November 15, 2024—as part of the material properly before the Court on the Motion. The Response discusses Exhibit A and identifies three independent grounds on which that affidavit is properly considered at this stage.

3.  Although the Response referenced Exhibit A, the exhibit was inadvertently omitted from the documents transmitted with the Response. Plaintiff did not intend to withhold the exhibit, and no party is prejudiced by its filing now, as the Response already described the exhibit and its contents.

4.  Plaintiff therefore files the omitted Exhibit A, attached to this Notice as a separate attachment, and respectfully requests that the Court consider Exhibit A together with Plaintiff's previously filed Response in resolving Defendant Reamer's Motion to Dismiss.

WHEREFORE, Plaintiff respectfully requests that the Court accept the attached Exhibit A as part of the record in connection with Plaintiff's Response in Opposition to Defendant Reamer's Rule 12(b)(6) Motion to Dismiss.

Respectfully submitted,

/s/ James Louis Roden Sr.

James Louis Roden Sr.

Plaintiff, Pro Se

1555 Tahoe Ct.

League City, TX 77573

(417) 593-1714

jrodensr@gmail.com

### CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of June, 2026, a true and correct copy of the foregoing Notice of Filing of Omitted Exhibit A, together with the attached Exhibit A, was served upon all counsel of record in accordance with the Federal Rules of Civil Procedure and the Local Rules of this Court, via the Court's CM/ECF electronic filing system and/or by the method indicated below:

/s/James Louis Roden Sr.

James Louis Roden Sr.

Plaintiff, Pro Se