IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

JAMES LOUIS RODEN SR.,          §
  *Plaintiff,*              §
        §
v.                                      §  Case No. 5:26-cv-00081-XR
        §
ELAINE MICHELLE REAMER, and     §
COUNTY OF GUADALUPE, TEXAS      §
  *Defendants.*             §

# EXHIBIT A

---

**Sworn Affidavit of Cody Lane Koelle**
**Dated November 15, 2024**

---

*Submitted in support of*
**Plaintiff's Response in Opposition to Defendant**
**Elaine Michelle Reamer's Rule 12(b)(6) Motion to Dismiss**

Document:  Sworn affidavit of Cody Lane Koelle, dated November 15, 2024, notarized by Sandra Rodriguez, Notary Public, State of Kansas.

Relevance:  This is the November 2024 affidavit referenced in Plaintiff's First Amended Complaint (¶ 2), in which Cody Koelle swore that he witnessed Michael Walker commit acts of violence. It is the same affidavit that Cody's later January 31, 2025 affidavit—attached by Defendant Reamer as Exhibit 1 to her motion—expressly references and purports to recant. Both affidavits bear the jurat of the same notary, Sandra Rodriguez.

Authority for Consideration:  The Court may consider this affidavit because the Complaint references it (¶ 2), it is central to the credibility allegations underlying Counts I through III, and it is expressly identified and quoted by the affidavit Defendant attached to her own motion. See Funk v. Stryker Corp., 631 F.3d 777, 783 (5th Cir. 2011); Fed. R. Evid. 201.

STATE OF Kansas
COUNTY OF Ford

Before me, the undersigned authority in and for the State of Kansas , on this day personally appeared, Cody Lane Koelle who, after being by me duly sworn, deposed and said:

My name is Cody Lane Koelle, and I am of sound mind, 28 years old and competent to give this affidavit.

Throughout my adult life I lived with my mother (Jamie Renee Walker) and my step father (Michael Allen Walker). On many occasions I have witnessed Michael getting into verbal and physical altercations with my mother. On one particular occasion at Michael's lake house in Cedar Creek Texas I witnessed Michael punch, kick and beat my mother. I tried to step in to help her, however Michael threatened my life. On another occasion in Seguin Texas I witnessed Michael getting upset, started to attack my mother and as soon I as I tried to intervene Michael pulled out a gun and threatened my life and the life of my family.

Michael Walker is mostly drunk and smokes a lot of weed. He owns many guns, is an experienced hunter and has a very bad temper.

I have read the above statement consisting of __1__ page(s), which is based on my personal knowledge, and it is true and correct.

Cody Koelle

Subscribed and sworn to before me, the undersigned authority, on this the __15__ day of November A.D. 2024.

Sandra Rodriez

Notary

SANDRA RODRIGUEZ
NOTARY PUBLIC
STATE OF KANSAS
MY APPT. EXP: 09/14/2025