IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JAMES LOUIS RODEN SR., | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Case No. 5:26-cv-00081-XR |
| | § | |
| ELAINE MICHELLE REAMER, and | § | |
| COUNTY OF GUADALUPE, TEXAS | § | |
| *Defendants*. | § | |

**UNOPPOSED MOTION FOR LEAVE FOR EXTENTION OF TIME TO FILE
DEFENDANTS' RESPONSIVE PLEADINGS**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Defendants, the **County of Guadalupe, Texas** and **Sergeant Elaine Michelle Reamer**, now files this Motion for Leave for Extension of Time to File their Responsive Pleadings, and in support would respectfully show this Court as follows:

**I.    RELIEF REQUESTED**

1.    Plaintiff filed his Response in Opposition to Defendant Guadalupe County's Rule 12(b)(6) Motion to Dismiss on June 28, 2026. After service, these Defendants' deadline to file their responsive pleadings is today, July 6, 2026.

2.    Defendants respectfully request leave from this Court to be granted a seven (7) day extension of time to submit their responsive pleadings. This extension would continue the deadline until **July 13, 2026**. Counsel believes that extra time is needed because counsel was only recently hired in this matter. Additionally, counsel request more time due in part to other pressing legal deadlines as follows:

   a.    Filed responsive pleadings, in *Morrissey v. City of Georgetown, et al.*, No. 1:26-cv-00969, in the United States District Court, Western District of Texas, June 29, 2026.

---

*Defendants' Motion for an Extension of Time to File Responsive Pleadings*                    *Page 1*

Case 5:26-cv-00081-XR   Document 19   Filed 07/06/26   Page 2 of 3

b. File answer, in *Brown v. City of Round Rock,* No 26-1397-C395, in the 395th District Court, Williamson County, June 29, 2026.

c. File answer, in *Hall v. Guadalupe County*, No. 26-1261-CV-E, in the 456th Judicial District Court, Guadalupe County, June 29, 2026.

d. Oral argument, in *Tovar v. City of San Antonio,* No. 25-50886, in the United States Court of Appeals, Fifth Circuit, on July 7, 2026.

e. Drafting responsive pleadings, in *Ramos v. City of Austin, et al.*, No. 1:20-cv-1256-RP, in the United States District Court, Western District of Texas, due July 6, 2026.

3. In addition to these deadlines, Defendants also believe more time is needed to properly evaluate and address the claims raised by Plaintiff. Defendants seek a seven (7) day extension of time until **July 13, 2026**. The Defense does not seek this extension for the purposes of delay, but so that justice may be done.

## II.   PRAYER

Defendants, the **County of Guadalupe, Texas** and **Sergeant Elaine Michelle Reamer** respectfully request that this Court grant this unopposed motion, to allow Defendants to extend the deadline to **July 13, 2026**, to submit their responsive pleadings, and for all other relief to which they may be entitled in law or equity.

*Defendants' Motion for an Extension of Time to File Responsive Pleadings*                    *Page 2*

Respectfully submitted,

**WRIGHT & GREENHILL, P.C.**
4700 Mueller Blvd., Suite 200
Austin, Texas 78723
(512) 476-4600
(512) 476-5382 – Fax

By:        /s/ Stephen B. Barron
    Stephen B. Barron
    State Bar No. 24109619
    sbarron@w-g.com
    Blair J. Leake
    State Bar No. 24081630
    bleake@w-g.com

**ATTORNEY FOR DEFENDANTS**

**CERTIFICATE OF CONFERENCE**

On July 6, 2026, Counsel for the Defense conferred with the *pro se* Plaintiff who confirmed that this Motion is Unopposed.

        /s/ Stephen B. Barron
Stephen B. Barron

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of July 2026, a true and correct copy of the foregoing document was caused to be served upon all counsel of record via E-File/E-Service and/or E-Mail, in accordance with the Federal Rules of Civil Procedure.

        /s/ Stephen B. Barron
Stephen B. Barron