IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JAMES LOUIS RODEN SR.,<br>　　*Plaintiff*, | §<br>§<br>§ | |
| v. | §<br>§ | Case No. 5:26-cv-00081-XR |
| ELAINE MICHELLE REAMER, and<br>COUNTY OF GUADALUPE, TEXAS<br>　　*Defendants*. | §<br>§<br>§<br>§ | |

**ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE FOR EXTENSION OF
TIME TO FILE RESPONSIVE PLEADINGS**

Before the Court is Defendants, the **County of Guadalupe, Texas** and **Sergeant Elaine Michelle Reamer's** Motion for Leave for Extension of Time to File Responsive Pleadings. Having considered the motion, the Court is of the opinion that it should be GRANTED.

It is therefore, ORDERED that these Defendants new deadline to file their responsive pleadings is on **July 13, 2026.**

SIGNED this _____ day of _____, 2026.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE