IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JAMES LOUIS RODEN SR.,<br>    *Plaintiff,* | §<br>§<br>§ | |
| v. | §<br>§ | Case No. 5:26-cv-00081-XR |
| ELAINE MICHELLE REAMER, and<br>COUNTY OF GUADALUPE, TEXAS<br>    *Defendants*. | §<br>§<br>§<br>§ | |

## DEFENDANTS' ADVISORY TO THE COURT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Defendant **Guadalupe County and Sergeant Elaine Michelle Reamer** ("Defendants")
now file this Advisory to the Court regarding Defendant Guadalupe County's Reply in Support
of its 12(b)(6) Motion to Dismiss (Dkt. 22). On July 13, 2026, Defendant Reamer's Reply was
inadvertently filed twice, appearing as Dkt. 20 and Dkt. 21. To correct this administrative error,
the proper document, Defendant Guadalupe County's Reply, was successfully filed on July 14,
2026, as Dkt. 22.

Respectfully submitted,

**WRIGHT & GREENHILL, P.C.**
4700 Mueller Blvd., Suite 200
Austin, Texas 78723
(512) 476-4600
(512) 476-5382 – Fax

By:_____/s/ Stephen B. Barron_____
    Stephen B. Barron
    State Bar No. 24109619
    sbarron@w-g.com
    Blair J. Leake
    State Bar No. 24081630
    bleake@w-g.com

**ATTORNEYS FOR DEFENDANTS**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the 14th day of July 2026, a true and correct copy of the foregoing document was caused to be served upon parties of record via E-File/E-Service/Email, in accordance with the Federal Rules of Civil Procedure.

James Louis Roden Sr.
1555 Tahoe Court
League City, Texas 77573
Email: jrodensr@gmail.com
*Pro se Plaintiff*

      /s/ Stephen B. Barron
      Stephen B. Barron