IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

JAMES LOUIS RODEN SR.,
    *Plaintiff,*

v.

ELAINE MICHELLE REAMER, and
COUNTY OF GUADALUPE, TEXAS
    *Defendants.*

§
§
§
§
§
§
§
§
§

Case No. 5:26-cv-00081-XR

## PLAINTIFF'S MOTION FOR LEAVE TO FILE A SHORT SUR-REPLY ADDRESSING NEW MATTER IN GUADALUPE COUNTY'S REPLY

TO THE HONORABLE XAVIER RODRIGUEZ, UNITED STATES DISTRICT JUDGE:

Plaintiff James Louis Roden Sr., appearing pro se, asks the Court for leave to file the short Sur-Reply attached as Exhibit A. The grounds are these:

1.      Guadalupe County's Reply (Dkt. 22) shifted its attack on Plaintiff's disability claims onto ground its Motion never occupied. On the Title II claim, the Motion argued only that Plaintiff had not pleaded intentional discrimination under *J.W. v. Paley* (Dkt. 15 at 7–8). The Reply abandons that theory and argues instead—for the first time—that a Texas state district court is part of a "statewide system" whose scheduling cannot be attributed to the County, citing *Daves v. Dallas County* (Dkt. 22 ¶ 15). On the Title V claim, the Motion relied solely on *K.G.S.*; the Reply introduces *Kerns v. Smith County* for the first time (Dkt. 22 ¶¶ 16, 21). And the Reply asserts that Plaintiff's final-policymaker theory surfaced "for the first time" in his Response (Dkt. 22 ¶ 6), a characterization the pleadings do not bear out.

2.      A short sur-reply is the proper vehicle when a reply raises arguments or authorities the movant omitted from its opening motion, because the non-movant otherwise has no chance to be

heard on them. See *Jones v. Cain*, 600 F.3d 527, 541 (5th Cir. 2010); *Gillaspy v. Dallas Indep. Sch. Dist.*, 278 F. App'x 307, 315 (5th Cir. 2008); *Cutrera v. Bd. of Sup'rs of La. State Univ.*, 429 F.3d 108, 113 (5th Cir. 2005).

3.      The attached Sur-Reply is brief and confined to those three points. It does not reopen matters already fully briefed, and it will help the Court decide the Motion on an accurate and complete record.

Plaintiff respectfully requests that the Court grant leave and accept the attached Sur-Reply.

Respectfully submitted,

/s/ James Louis Roden Sr.
James Louis Roden Sr.
Plaintiff, Pro Se
1555 Tahoe Ct. League City TX 77573
(417) 593-1714 · jrodensr@gmail.com

## CERTIFICATE OF CONFERENCE

On July 15th , 2026, Plaintiff conferred with counsel for Defendants concerning this motion.

Defendants oppose motion for leave to file short sur-reply.

## CERTIFICATE OF SERVICE

I certify that on July 16th, 2026, I filed the foregoing through the Court's CM/ECF system, which serves all counsel of record for Defendants.

/s/ James Louis Roden Sr.
James Louis Roden Sr.