IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JAMES LOUIS RODEN SR.,<br>*Plaintiff,*<br><br>v.<br><br>ELAINE MICHELLE REAMER, and<br>COUNTY OF GUADALUPE, TEXAS<br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 5:26-cv-00081-XR |

## PLAINTIFF'S NOTICE REGARDING SURVIVAL OF CLAIMS
## AND CONTINUED PROSECUTION OF THIS ACTION

**TO THE HONORABLE XAVIER RODRIGUEZ, UNITED STATES DISTRICT JUDGE:**

Plaintiff James Louis Roden Sr. respectfully files this Notice to inform the Court and Defendants of the survival of his claims and his intention that this action be prosecuted to conclusion. Plaintiff files this Notice not to seek relief, but to place the parties and the Court on notice of the following.

**1. Plaintiff's claims survive his death.**

Plaintiff filed this action on January 5, 2026. Although more than six months have passed, the case remains at the pleading stage. Plaintiff is a seventy-eight-year-old disabled United States Army veteran in declining health. The sworn, notarized affidavit of his treating physician, Dr. Bosley, M.D., filed in support of Plaintiff's contemporaneous motion to preserve his testimony, confirms multiple chronic conditions and functional limitations and the medical need to preserve his testimony without delay. Given the current pace and trajectory of this litigation, it is important that Plaintiff be able to live to see a resolution of this case. Should Plaintiff nonetheless die before this action is settled, concluded, or decided by the Court or a jury, his claims do not abate. The federal civil-rights and disability claims asserted here survive under applicable law, and the proper representative of Plaintiff's estate may be substituted as a party pursuant to Federal Rule of Civil Procedure 25(a). Plaintiff provides this notice so that the continuation of this action is understood by all parties from the outset.

## 2. Plaintiff's estate is positioned to continue this action.

Plaintiff's estate is provided for and positioned to retain counsel and to continue the prosecution of this action in the event of Plaintiff's death. Plaintiff gives this notice so that there is no misapprehension that the passage of time, or Plaintiff's medical condition, will cause this action to lapse. The claims, and the interests they protect, will be pursued whether by Plaintiff during his lifetime or by his estate thereafter.

## 3. Continued prosecution and attorney's fees.

Upon substitution, Plaintiff's estate intends to retain counsel to prosecute this action. Plaintiff notes, as a matter of the ordinary operation of law and not as any threat, that in a prevailing civil-rights action a court may award reasonable attorney's fees to the prevailing party under 42 U.S.C. § 1988. Retained counsel generates fees recoverable under that provision that a self-represented litigant cannot recover. Plaintiff respectfully submits that neither delay nor Plaintiff's health reduces, and may increase, the ultimate cost of resolving this matter. Plaintiff provides this observation solely so that the parties may accurately assess the posture of the case.

## 4. Plaintiff seeks relief now, and remains open to resolution.

Plaintiff intends to continue pursuing, while he is able, the relief to which he believes he is entitled for the harm he has suffered, including through the motions now before the Court. At the same time, Plaintiff remains willing to discuss a reasonable resolution of this action with Defendants should they wish to do so. On July 6, 2026, Plaintiff communicated in writing by email to counsel for Defendants Plaintiff's position and openness to discussing resolution; as of the date of this filing, July 16, 2026, counsel for Defendants has not responded. Until such discussions occur and bear fruit, Plaintiff will continue to press this action forward. Plaintiff files this Notice in that spirit — to be transparent about both his intention to obtain relief in his lifetime and his openness to a resolution that serves the interests of all parties.

Respectfully submitted,

/s/ James Louis Roden Sr.
James Louis Roden Sr.
*Plaintiff, pro se*
*1555 Tahoe Ct League City TX 77573 · (417) 593-1714 · jrodensr@gmail.com*

## CERTIFICATE OF SERVICE

I certify that on July 16th, 2026, a true and correct copy of the foregoing was served on all counsel of record via the Court's CM/ECF system.

/s/ James Louis Roden Sr.
James Louis Roden Sr.