**AFFIDAVIT OF DR. BOSLEY, M.D. REGARDING MEDICAL NEED TO PRESERVE TESTIMONY AND REQUESTED ADA ACCOMMODATIONS**

I, Dr. Bosley, M.D., declare as follows:

1.  I am a medical doctor specializing in internal medicine and serve as the primary care provider for James Louis Roden Sr. Mr. Roden is 78 years old and is under my care for multiple chronic medical conditions.

2.  Mr. Roden has medical conditions and functional limitations that affect his mobility, balance, endurance, pain level, and overall ability to participate in extended in-person proceedings. His relevant medical limitations include impaired functional mobility, gait and balance impairment, fall risk, chronic pain, neuropathy, chronic back and neck pain, osteoarthritis involving multiple joints, bilateral hip pain, and reduced physical endurance.

3.  Based on my treatment relationship with Mr. Roden, his age, his chronic medical conditions, his impaired mobility and balance, his fall risk, his pain level, and his overall medical status, it is my medical opinion that delay in obtaining his testimony may create a meaningful risk that he could become medically unable or unavailable to provide testimony at a later date.

4.  I am not offering a specific prediction that Mr. Roden will or will not survive to any particular month, discovery deadline, trial date, or hearing date. Rather, based on his current medical condition and functional limitations, I believe that preserving his testimony by deposition as soon as reasonably possible is medically justified.

5.  Because of Mr. Roden's medical condition, age, mobility limitations, fall risk, pain, fatigue, and limited endurance, it is medically reasonable for him to be permitted to

1

participate in court-related proceedings, hearings, conferences, and depositions remotely by video or telephone whenever personal attendance is not medically necessary.

6. It is also medically reasonable for Mr. Roden to be permitted reasonable breaks during testimony or court-related proceedings as needed due to pain, fatigue, reduced endurance, or other medical limitations.

7. Mr. Roden's medical condition may limit his ability to read lengthy statements aloud, speak for extended periods, or maintain adequate vocal endurance during proceedings. When Mr. Roden's fatigue, pain, or limited vocal endurance prevents him from reading a prepared statement aloud himself, it would be medically reasonable for a family representative, designated support person, or other approved representative to read the statement aloud for him, provided that Mr. Roden confirms that the statement is his own, that he adopts it, and that it accurately reflects what he wishes to communicate.

8. These requested accommodations are medically reasonable and are intended to allow Mr. Roden meaningful access to court proceedings and litigation-related activities while reducing unnecessary medical risk.

9. This declaration is made with Mr. Roden's authorization for the limited purpose of addressing the medical need to preserve his testimony and to support reasonable disability-related accommodations in pending litigation.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _____June 30th_____, 2026.

_aur Bosly_____

Dr. Bosley, M.D.
Internal Medicine / Primary Care Provider

**NOTARY**

State of Texas
County of _Galveston_____

Subscribed and sworn to before me on this __30__ day of ___June_____, 2026, by Dr.
Bosley, M.D., who is personally known to me or who produced
_drivers license_____ as identification.

_____

Notary Public Signature
_Christ Vith_____

_____

Printed Name of Notary Public _Christine Villarreal_

My commission expires: _May 23, 2028_

Notary Seal:

```
┌─────────────────────────────────┐
│  ★      CHRISTINE VILLARREAL     │
│ NOTARY   Notary ID #130673001    │
│ PUBLIC   My Commission Expires   │
│ STATE OF TEXAS   May 23, 2028    │
└─────────────────────────────────┘
```

3